# EXHIBIT B

```
***************************************************************
************************************
        Morales, Ramon (Prep)    4/16/2012-4/22/2012        REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
***************************************************************
************************************
2012-04-17 10:58 AM - 04:05 PM              Hours Worked:    5.10
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-04-18 11:03 AM - 04:11 PM              Hours Worked:    5.15
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-04-19 11:00 AM - 04:00 PM              Hours Worked:    5.00
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-04-20 11:31 AM - 09:27 PM              Hours Worked:    9.95

 TIPS REPORTED:  $0.00          < Normal Time Card >
2012-04-21 11:02 AM - 08:47 PM              Hours Worked:    9.75
TIPS REPORTED:  $0.00          < Normal Time Card >
-------------------------------------------------------------
----------------------------------
        TOTAL REGULAR HOURS:      34.95
        >>>>> REGULAR PAY:        $253.39
        TOTAL OVER TIME HOURS:    0.00
        >>>>> OVER TIME PAY:      $0.00
        TOTAL DOUBLE TIME HOURS:     0.00
        >>>>> DOUBLE TIME PAY:    $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:   $0.00
                ==========
        GROSS EARNINGS: $253.39
        TOTAL HOURS WORKED:      34.95
        AVG. HOURLY RATE:        $7.25
        WAGE ADVANCE: (Less)     $0.00
        NET PAYABLE BEFORE TAXES:       $253.39
```

```
****************************************************************
**********************************
     Morales, Ramon (Prep)   4/23/2012-4/29/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
****************************************************************
**********************************
2012-04-23 11:04 AM - 04:31 PM          Hours Worked:   5.45
TIPS REPORTED:  $0.00         < Normal Time Card >
2012-04-24 11:09 AM - 04:04 PM          Hours Worked:   4.90
TIPS REPORTED:  $0.00         < Normal Time Card >
2012-04-26 11:02 AM - 04:12 PM          Hours Worked:   5.15
TIPS REPORTED:  $0.00         < Normal Time Card >
2012-04-27 12:13 PM - 09:57 PM          Hours Worked:   9.75
TIPS REPORTED:  $0.00         < Normal Time Card >
2012-04-28 12:01 PM - 08:08 PM          Hours Worked:   8.10
TIPS REPORTED:  $0.00         < Normal Time Card >
2012-04-29 11:58 AM - 07:17 PM          Hours Worked:   7.30
TIPS REPORTED:  $0.00         < Normal Time Card >
----------------------------------------------------------------
-----------------------------------
     TOTAL REGULAR HOURS:    40.00
     >>>>> REGULAR PAY:      $290.00
     TOTAL OVER TIME HOURS:  0.65
     >>>>> OVER TIME PAY:    $7.07
     TOTAL DOUBLE TIME HOURS:       0.00
     >>>>> DOUBLE TIME PAY:  $0.00
     ADDITIONAL PAY: $0.00
     TIPS REPORTED:  $0.00
           ==========
     GROSS EARNINGS: $297.07
     TOTAL HOURS WORKED:   40.65
     AVG. HOURLY RATE:     $7.31
     WAGE ADVANCE: (Less)   $0.00
     NET PAYABLE BEFORE TAXES:    $297.07
```

000112

```
************************************************************
*********************************
         Morales, Ramon (Prep)    4/30/2012-5/6/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
************************************************************
*********************************
2012-04-30 11:12 AM - 04:17 PM          Hours Worked:   5.10
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-01 10:58 AM - 04:08 PM          Hours Worked:   5.15
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-03 04:20 PM - 09:57 PM          Hours Worked:   5.60
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-04 12:25 PM - 09:33 PM          Hours Worked:   9.15
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-05 11:10 AM - 09:52 PM          Hours Worked:  10.70
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-06 04:05 PM - 08:02 PM          Hours Worked:   3.95
TIPS REPORTED:  $0.00          < Normal Time Card >
------------------------------------------------------------
------------------------------------
      TOTAL REGULAR HOURS:     39.65
      >>>>> REGULAR PAY:     $287.46
      TOTAL OVER TIME HOURS:   0.00
      >>>>> OVER TIME PAY:     $0.00
      TOTAL DOUBLE TIME HOURS:      0.00
      >>>>> DOUBLE TIME PAY:   $0.00
      ADDITIONAL PAY: $0.00
      TIPS REPORTED:  $0.00
                ==========
      GROSS EARNINGS: $287.46

      TOTAL HOURS WORKED:     39.65
      AVG. HOURLY RATE:       $7.25
      WAGE ADVANCE: (Less)    $0.00
      NET PAYABLE BEFORE TAXES:     $287.46
```

```
*********************************************************************
*********************************
        Morales, Ramon (Prep)   5/7/2012-5/13/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*********************************************************************
*********************************
2012-05-08 11:09 AM - 04:26 PM            Hours Worked:   5.30
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-05-09 11:15 AM - 04:11 PM            Hours Worked:   4.95
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-05-10 04:03 PM - 09:32 PM            Hours Worked:   5.50
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-05-11 12:30 PM - 10:20 PM            Hours Worked:   9.85
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-05-12 01:02 PM - 09:54 PM            Hours Worked:   8.85
TIPS REPORTED:  $0.00        < Normal Time Card >
--------------------------------------------------------------------
--------------------------------
        TOTAL REGULAR HOURS:      34.45
        >>>>> REGULAR PAY:        $249.76
        TOTAL OVER TIME HOURS:    0.00
        >>>>> OVER TIME PAY:      $0.00
        TOTAL DOUBLE TIME HOURS:     0.00
        >>>>> DOUBLE TIME PAY:    $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:   $0.00
        ==========
        GROSS EARNINGS: $249.76
        TOTAL HOURS WORKED:       34.45
        AVG. HOURLY RATE:     $7.25
        WAGE ADVANCE: (Less)     $0.00
        NET PAYABLE BEFORE TAXES:     $249.76
```

000114

```
*****************************************************************
**********************************
        Morales, Ramon (Prep)    5/14/2012-5/20/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*****************************************************************
**********************************
2012-05-16 04:01 PM - 09:51 PM          Hours Worked:   5.85
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-17 03:52 PM - 09:45 PM          Hours Worked:   5.90
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-18 04:15 PM - 10:24 PM          Hours Worked:   6.15

TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-19 11:44 AM - 09:01 PM          Hours Worked:   9.30
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-19 12:31 PM - 10:20 PM          Hours Worked:   9.80
TIPS REPORTED:  $0.00          < Normal Time Card >
-----------------------------------------------------------------
------------------------------------
        TOTAL REGULAR HOURS:    37.00
        >>>>> REGULAR PAY:      $268.25
        TOTAL OVER TIME HOURS:  0.00
        >>>>> OVER TIME PAY:    $0.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
                ==========
        GROSS EARNINGS: $268.25
        TOTAL HOURS WORKED:     37.00
        AVG. HOURLY RATE:       $7.25
        WAGE ADVANCE: (Less)    $0.00
        NET PAYABLE BEFORE TAXES:       $268.25
```

```
*****************************************************************
*********************************
        Morales, Ramon (Prep)    5/21/2012-5/27/2012    REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*****************************************************************
*********************************
2012-05-23 03:52 PM - 09:34 PM          Hours Worked:   5.70
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-24 04:03 PM - 09:53 PM          Hours Worked:   5.85
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-25 12:30 PM - 10:03 PM          Hours Worked:   9.55
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-26 11:31 AM - 08:38 PM          Hours Worked:   9.10
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-27 03:33 PM - 08:02 PM          Hours Worked:   4.50
TIPS REPORTED:  $0.00          < Normal Time Card >
-----------------------------------------------------------------
-------------------------------------
        TOTAL REGULAR HOURS:     34.70
        >>>>> REGULAR PAY:     $251.58
        TOTAL OVER TIME HOURS:   0.00
        >>>>> OVER TIME PAY:     $0.00
        TOTAL DOUBLE TIME HOURS:      0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
                ==========
        GROSS EARNINGS: $251.58
        TOTAL HOURS WORKED:     34.70

        AVG. HOURLY RATE:      $7.25
        WAGE ADVANCE: (Less)    $0.00
        NET PAYABLE BEFORE TAXES:     $251.58
```

```
**************************************************************
**********************************
        Morales, Ramon (Prep)   5/28/2012-6/3/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
**************************************************************
**********************************
2012-05-29 03:52 PM - 09:46 PM         Hours Worked:   5.90
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-30 04:01 PM - 09:59 PM         Hours Worked:   5.95
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-05-31 04:03 PM - 09:57 PM         Hours Worked:   5.90
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-06-01 11:52 AM - 09:32 PM         Hours Worked:   9.65
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-06-02 04:34 PM - 09:50 PM         Hours Worked:   5.25
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-06-03 10:50 AM - 05:01 PM         Hours Worked:   6.20
TIPS REPORTED:  $0.00          < Normal Time Card >
--------------------------------------------------------------
------------------------------------
      TOTAL REGULAR HOURS:   17.75
      >>>>> REGULAR PAY:     $128.69
      TOTAL OVER TIME HOURS: 21.10
      >>>>> OVER TIME PAY:   $229.57
      TOTAL DOUBLE TIME HOURS:       0.00
      >>>>> DOUBLE TIME PAY: $0.00
      ADDITIONAL PAY: $0.00
      TIPS REPORTED:  $0.00
            =========
      GROSS EARNINGS: $358.26
      TOTAL HOURS WORKED:  38.85
      AVG. HOURLY RATE:    $9.22
      WAGE ADVANCE: (Less)  $0.00
      NET PAYABLE BEFORE TAXES:    $358.26
```

```
**********************************************************
*********************************
     Morales, Ramon (Prep)   6/4/2012-6/10/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
**********************************************************
*********************************
2012-06-06 03:59 PM - 09:39 PM          Hours Worked:   5.65
TIPS REPORTED:  $0.00         < Normal Time Card >
2012-06-06 04:04 PM - 10:07 PM          Hours Worked:   6.05
TIPS REPORTED:  $0.00         < Normal Time Card >

 2012-06-07 04:02 PM - 08:55 PM         Hours Worked:   4.90
TIPS REPORTED:  $0.00         < Normal Time Card >
 2012-06-08 11:00 AM - 09:00 PM         Hours Worked:   10.00
TIPS REPORTED:  $0.00         < Normal Time Card >
 2012-06-08 04:04 PM - 09:11 PM         Hours Worked:   5.10
TIPS REPORTED:  $0.00         < Normal Time Card >
 2012-06-10 04:07 PM - 09:50 PM         Hours Worked:   5.70
TIPS REPORTED:  $0.00         < Normal Time Card >
----------------------------------------------------------
-----------------------------------
     TOTAL REGULAR HOURS:   37.40
     >>>>> REGULAR PAY:     $271.15
     TOTAL OVER TIME HOURS: 0.00
     >>>>> OVER TIME PAY:   $0.00
     TOTAL DOUBLE TIME HOURS:      0.00
     >>>>> DOUBLE TIME PAY: $0.00
     ADDITIONAL PAY: $0.00
     TIPS REPORTED:  $0.00
          ============
     GROSS EARNINGS: $271.15
     TOTAL HOURS WORKED:   37.40
     AVG. HOURLY RATE:     $7.25
     WAGE ADVANCE: (Less)   $0.00
     NET PAYABLE BEFORE TAXES:    $271.15
```

```
*********************************************************
**********************************
        Morales, Ramon (Prep)    6/11/2012-6/17/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*********************************************************
**********************************
2012-06-12 04:01 PM - 10:06 PM          Hours Worked:   6.10
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-06-13 03:59 PM - 10:18 PM          Hours Worked:   6.30
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-06-14 03:58 PM - 09:57 PM          Hours Worked:   6.00
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-06-15 11:13 AM - 09:06 PM          Hours Worked:   9.90
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-06-16 10:16 AM - 08:04 PM          Hours Worked:   9.80
TIPS REPORTED:  $0.00          < Normal Time Card >
---------------------------------------------------------------
----------------------------------------
        TOTAL REGULAR HOURS:    38.10
        >>>>> REGULAR PAY:      $276.23
        TOTAL OVER TIME HOURS:  0.00
        >>>>> OVER TIME PAY:    $0.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00

        ==========
        GROSS EARNINGS: $276.23
        TOTAL HOURS WORKED:   38.10
        AVG. HOURLY RATE:    .$7.25
        WAGE ADVANCE: (Less)    $0.00
        NET PAYABLE BEFORE TAXES:      $276.23
```

```
**************************************************************
**********************************************
     Morales, Ramon (Prep)      6/18/2012-6/24/2012        REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
**************************************************************
**********************************************
2012-06-20 04:08 PM - 09:58 PM
                                      Hours Worked:    5.85
TIPS REPORTED:  $0.00
                             < Normal Time Card >
2012-06-21 04:01 PM - 10:05 PM
                                      Hours Worked:    6.05
TIPS REPORTED:  $0.00
                             < Normal Time Card >
2012-06-22 12:13 PM - 10:00 PM
                                      Hours Worked:    9.80
TIPS REPORTED:  $0.00
                             < Normal Time Card >
2012-06-23 01:31 PM - 09:07 PM
                                      Hours Worked:    7.60
TIPS REPORTED:  $0.00
                             < Normal Time Card >
2012-06-24 04:09 PM - 09:40 PM
                                      Hours Worked:    5.50
TIPS REPORTED:  $0.00
                             < Normal Time Card >
------------------------------------------------------------
------------------------------------------------------------
        TOTAL REGULAR HOURS:     34.80
        >>>>> REGULAR PAY:       $252.30
        TOTAL OVER TIME HOURS:   0.00
        >>>>> OVER TIME PAY:     $0.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:   $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
              ==========
        GROSS EARNINGS: $252.30
        TOTAL HOURS WORKED:     34.80
        AVG. HOURLY RATE:       $7.25
        WAGE ADVANCE: (Less)    $0.00
        NET PAYABLE BEFORE TAXES:      $252.30
```

```
*******************************************************************
**********************************
        Morales, Ramon (Prep)    6/25/2012-7/1/2012        REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*******************************************************************
**********************************
2012-06-26 04:09 PM - 09:33 PM          Hours Worked:  5.40
TIPS REPORTED:  $0.00           < Normal Time Card >
2012-06-27 03:59 PM - 09:27 PM          Hours Worked:  5.45

 TIPS REPORTED:  $0.00          < Normal Time Card >
2012-06-28 04:26 PM - 10:07 PM          Hours Worked:  5.70
 TIPS REPORTED:  $0.00          < Normal Time Card >
2012-06-29 12:08 PM - 09:53 PM          Hours Worked:  9.75
 TIPS REPORTED:  $0.00          < Normal Time Card >
2012-06-30 04:04 PM - 10:06 PM          Hours Worked:  6.05
 TIPS REPORTED:  $0.00          < Normal Time Card >
2012-07-01 12:04 PM - 04:14 PM          Hours Worked:  4.15
TIPS REPORTED:  $0.00           < Normal Time Card >
-----------------------------------------------------------------
------------------------------------
        TOTAL REGULAR HOURS:   36.50
        >>>>> REGULAR PAY:     $264.63
        TOTAL OVER TIME HOURS:  0.00
        >>>>> OVER TIME PAY:   $0.00
        TOTAL DOUBLE TIME HOURS:      0.00
        >>>>> DOUBLE TIME PAY: $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
                ==========
        GROSS EARNINGS: $264.63
        TOTAL HOURS WORKED:   36.50
        AVG. HOURLY RATE:     $7.25
        WAGE ADVANCE: (Less)   $0.00
        NET PAYABLE BEFORE TAXES:     $264.63
```

000121

```
************************************************************
**********************************
      Morales, Ramon (Prep)   7/2/2012-7/8/2012        REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
************************************************************
**********************************
2012-07-03 04:08 PM - 09:52 PM        Hours Worked:  5.75
TIPS REPORTED:  $0.00      < Normal Time Card >
2012-07-05 04:01 PM - 09:58 PM        Hours Worked:  5.95
TIPS REPORTED:  $0.00      < Normal Time Card >
2012-07-06 12:08 PM - 10:12 PM        Hours Worked:  10.05
TIPS REPORTED:  $0.00      < Normal Time Card >
2012-07-07 03:37 PM - 10:01 PM        Hours Worked:  6.40
TIPS REPORTED:  $0.00      < Normal Time Card >
2012-07-08 03:33 PM - 08:32 PM        Hours Worked:  5.00
TIPS REPORTED:  $0.00      < Normal Time Card >
------------------------------------------------------------
------------------------------------------------------------
    TOTAL REGULAR HOURS:   33.15
    >>>>> REGULAR PAY:     $240.34
    TOTAL OVER TIME HOURS: 0.00
    >>>>> OVER TIME PAY:   $0.00
    TOTAL DOUBLE TIME HOURS:      0.00
    >>>>> DOUBLE TIME PAY: $0.00
    ADDITIONAL PAY: $0.00

    TIPS REPORTED:  $0.00
              ==========
    GROSS EARNINGS: $240.34
    TOTAL HOURS WORKED:.  33.15
    AVG. HOURLY RATE:     $7.25
    WAGE ADVANCE: (Less)  $0.00
    NET PAYABLE BEFORE TAXES:     $240.34
```

```
******************************************************************
************************************
      Morales, Ramon (Prep)    7/9/2012-7/15/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
******************************************************************
************************************
2012-07-10 03:28 PM - 09:31 PM          Hours Worked:   6.05
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-07-11 04:28 PM - 09:23 PM          Hours Worked:   4.90
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-07-12 04:35 PM - 09:32 PM          Hours Worked:   4.95
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-07-13 12:31 PM - 10:06 PM          Hours Worked:   9.60
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-07-14 04:31 PM - 09:32 PM          Hours Worked:   5.00
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-07-15 04:18 PM - 09:29 PM          Hours Worked:   5.20
TIPS REPORTED:  $0.00          < Normal Time Card >
------------------------------------------------------------------
--------------------------------------
      TOTAL REGULAR HOURS:    35.70
      >>>>> REGULAR PAY:      $258.83
      TOTAL OVER TIME HOURS:  0.00
      >>>>> OVER TIME PAY:    $0.00
      TOTAL DOUBLE TIME HOURS:         0.00
      >>>>> DOUBLE TIME PAY:  $0.00
   ADDITIONAL PAY: $0.00
      TIPS REPORTED:  $0.00
            ==========
      GROSS EARNINGS: $258.83
      TOTAL HOURS WORKED:     35.70
      AVG. HOURLY RATE:       $7.25
      WAGE ADVANCE: (Less)    $400.00
      NET PAYABLE BEFORE TAXES:       ($141.18)
```

000123

```
************************************************************
*********************************
        Morales, Ramon (Prep)    7/16/2012-7/22/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
************************************************************
*********************************
2012-07-17 03:45 PM - 09:58 PM          Hours Worked:   6.20
TIPS REPORTED:  $0.00           < Normal Time Card >
2012-07-18 03:58 PM - 09:54 PM          Hours Worked:   5.95
TIPS REPORTED:  $0.00           < Normal Time Card >
2012-07-19 04:02 PM - 10:02 PM          Hours Worked:   6.00
TIPS REPORTED:  $0.00           < Normal Time Card >
2012-07-20 12:45 PM - 10:15 PM          Hours Worked:   9.50
TIPS REPORTED:  $0.00           < Normal Time Card >
2012-07-21 03:46 PM - 09:56 PM          Hours Worked:   6.15

 TIPS REPORTED:  $0.00          < Normal Time Card >
2012-07-22 10:59 AM - 04:40 PM          Hours Worked:   5.70
 TIPS REPORTED:  $0.00          < Normal Time Card >
------------------------------------------------------------
-----------------------------------
        TOTAL REGULAR HOURS:    39.50
        >>>>> REGULAR PAY:      $286.38
        TOTAL OVER TIME HOURS:  0.00
        >>>>> OVER TIME PAY:    $0.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
                ==========
        GROSS EARNINGS: $286.38
        TOTAL HOURS WORKED:     39.50
        AVG. HOURLY RATE:       $7.25
        WAGE ADVANCE: (Less)    $400.00
        NET PAYABLE BEFORE TAXES:       ($113.63)
```

000124

```
**************************************************************
*********************************
        Morales, Ramon (Prep)   7/23/2012-7/29/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
**************************************************************
*********************************
2012-07-24 03:55 PM - 09:01 PM        Hours Worked:   5.10
TIPS REPORTED:   $0.00        < Normal Time Card >
2012-07-25 04:01 PM - 09:54 PM        Hours Worked:   5.90
TIPS REPORTED:   $0.00        < Normal Time Card >
2012-07-26 04:02 PM - 08:57 PM        Hours Worked:   4.90
TIPS REPORTED:   $0.00        < Normal Time Card >
2012-07-27 11:54 AM - 09:39 PM        Hours Worked:   9.75
TIPS REPORTED:   $0.00        < Normal Time Card >
2012-07-28 03:54 PM - 09:52 PM        Hours Worked:   5.95
TIPS REPORTED:   $0.00        < Normal Time Card >
2012-07-29 10:55 AM - 05:55 PM        Hours Worked:   7.00
TIPS REPORTED:   $0.00        < Normal Time Card >
------------------------------------------------------------
-----------------------------------
        TOTAL REGULAR HOURS:    38.60
        >>>>> REGULAR PAY:      $279.85

        TOTAL OVER TIME HOURS:  0.00
        >>>>> OVER TIME PAY:    $0.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
        ==========
        GROSS EARNINGS: $279.85
        TOTAL HOURS WORKED:     38.60
        AVG. HOURLY RATE:       $7.25
        WAGE ADVANCE: (Less)    $300.00
        NET PAYABLE BEFORE TAXES:       ($20.15)
```

```
*******************************************************************
***************************************
      Morales, Ramon (Prep)    7/30/2012-8/5/2012        REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*******************************************************************
***************************************
2012-07-31 11:08 AM - 08:02 PM          Hours Worked:    8.90
TIPS REPORTED:  $0.00         < Normal Time Card >
2012-08-01 11:00 AM - 08:00 PM          Hours Worked:    9.00
TIPS REPORTED:  $0.00         < Normal Time Card >
2012-08-02 11:03 AM - 07:57 PM          Hours Worked:    8.90
TIPS REPORTED:  $0.00         < Normal Time Card >
2012-08-03 11:58 AM - 08:46 PM          Hours Worked:    8.80
TIPS REPORTED:  $0.00         < Normal Time Card >
-----------------------------------------------------------------
-----------------------------------------
      TOTAL REGULAR HOURS:    35.60
      >>>>> REGULAR PAY:     $258.10
      TOTAL OVER TIME HOURS:  0.00
      >>>>> OVER TIME PAY:    $0.00
      TOTAL DOUBLE TIME HOURS:          0.00
      >>>>> DOUBLE TIME PAY:  $0.00
      ADDITIONAL PAY: $0.00
      TIPS REPORTED:  $0.00
          ==========
      GROSS EARNINGS: $258.10
      TOTAL HOURS WORKED:    35.60
      AVG. HOURLY RATE:     $7.25
      WAGE ADVANCE: (Less)   $400.00
      NET PAYABLE BEFORE TAXES:       ($141.90)
```

```
            Morales, Ramon (Prep)   8/6/2012-8/12/2012        REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*******************************************************************
***************************************
2012-08-07 03:27 PM - 09:31 PM
                                     Hours Worked:    6.05
TIPS REPORTED:  $0.00      < Normal Time Card >
2012-08-08 04:28 PM - 09:40 PM
                                     Hours Worked:    5.20
TIPS REPORTED:  $0.00      < Normal Time Card >
2012-08-09 04:30 PM - 10:23 PM
                                     Hours Worked:    5.90
TIPS REPORTED:  $0.00      < Normal Time Card >
2012-08-10 12:29 PM - 09:34 PM
                                     Hours Worked:    9.10
TIPS REPORTED:  $0.00      < Normal Time Card >
2012-08-11 03:33 PM - 09:50 PM
                                     Hours Worked:    6.30
TIPS REPORTED:  $0.00      < Normal Time Card >
2012-08-12 02:45 PM - 08:36 PM
                                     Hours Worked:    5.85
TIPS REPORTED:  $0.00      < Normal Time Card >
------------------------------------------------------------------
--------------------------------------
    TOTAL REGULAR HOURS:    38.40
    >>>>> REGULAR PAY:      $278.40
    TOTAL OVER TIME HOURS:  0.00
    >>>>> OVER TIME PAY:    $0.00
    TOTAL DOUBLE TIME HOURS:        0.00
    >>>>> DOUBLE TIME PAY:  $0.00
ADDITIONAL PAY: $0.00
    TIPS REPORTED:   $0.00
            ==========
    GROSS EARNINGS: $278.40
    TOTAL HOURS WORKED:    38.40
    AVG. HOURLY RATE:      $7.25
    WAGE ADVANCE: (Less)   $400.00
    NET PAYABLE BEFORE TAXES:      ($121.60)
```

```
************************************************************
**********************************
        Morales, Ramon (Prep)   8/13/2012-8/19/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
************************************************************
**********************************
2012-08-14 03:59 PM - 10:02 PM         Hours Worked:   6.05
TIPS REPORTED:   $0.00        < Normal Time Card >
2012-08-15 04:04 PM - 09:54 PM         Hours Worked:   5.85
TIPS REPORTED:   $0.00        < Normal Time Card >
2012-08-16 03:58 PM - 09:45 PM         Hours Worked:   5.80
TIPS REPORTED:   $0.00        < Normal Time Card >
2012-08-17 10:44 AM - 08:33 PM         Hours Worked:   9.80
TIPS REPORTED:   $0.00        < Normal Time Card >
2012-08-18 03:58 PM - 09:54 PM         Hours Worked:   5.95
TIPS REPORTED:   $0.00        < Normal Time Card >
2012-08-19 04:03 PM - 09:50 PM         Hours Worked:   5.80

TIPS REPORTED:   $0.00        < Normal Time Card >
------------------------------------------------------------
------------------------------------
        TOTAL REGULAR HOURS:   39.25
        >>>>> REGULAR PAY:     $284.56
        TOTAL OVER TIME HOURS:  0.00
        >>>>> OVER TIME PAY:   $0.00
        TOTAL DOUBLE TIME HOURS:      0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
              ==========
        GROSS EARNINGS: $284.56
        TOTAL HOURS WORKED:   39.25
        AVG. HOURLY RATE:     $7.25
        WAGE ADVANCE: (Less)   $400.00
        NET PAYABLE BEFORE TAXES:    ($115.44)
```

```
***************************************************************
***********************************
       Morales, Ramon (Prep)    8/20/2012-8/26/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
***************************************************************
*********************************
2012-08-21 03:55 PM - 09:47 PM           Hours Worked:   5.85
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-08-22 04:02 PM - 10:02 PM           Hours Worked:   6.00
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-08-23 03:47 PM - 10:11 PM           Hours Worked:   6.40
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-08-24 11:56 AM - 09:34 PM           Hours Worked:   9.65
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-08-25 02:45 PM - 09:38 PM           Hours Worked:   6.90
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-08-26 04:10 PM - 08:42 PM           Hours Worked:   4.55
TIPS REPORTED:  $0.00        < Normal Time Card >
---------------------------------------------------------------
------------------------------------
     TOTAL REGULAR HOURS:    39.35
     >>>>> REGULAR PAY:      $285.29
     TOTAL OVER TIME HOURS:  0.00
     >>>>> OVER TIME PAY:    $0.00
     TOTAL DOUBLE TIME HOURS:        0.00
     >>>>> DOUBLE TIME PAY:  $0.00
     ADDITIONAL PAY: $0.00
     TIPS REPORTED:  $0.00
                     ==========
     GROSS EARNINGS: $285.29
     TOTAL HOURS WORKED:     39.35
     AVG. HOURLY RATE:       $7.25
     WAGE ADVANCE: (Less)    $0.00

     NET PAYABLE BEFORE TAXES:       $285.29
```

```
*********************************************************************
*********************************************************************
         Morales, Ramon (Prep)      8/27/2012-9/2/2012    REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*********************************************************************
*********************************************************************

2012-08-28 03:56 PM - 09:49 PM              Hours Worked:      5.90
TIPS REPORTED:     $0.00       < Normal Time Card >
2012-08-29 03:57 PM - 09:15 PM              Hours Worked:      5.30
TIPS REPORTED:     $0.00       < Normal Time Card >
2012-08-30 04:02 PM - 09:49 PM              Hours Worked:      5.80
TIPS REPORTED:     $0.00       < Normal Time Card >
2012-08-31 03:58 PM - 10:07 PM              Hours Worked:      6.15
TIPS REPORTED:     $0.00       < Normal Time Card >
2012-09-01 11:26 AM - 09:17 PM              Hours Worked:      9.85
TIPS REPORTED:     $0.00       < Normal Time Card >
2012-09-02 02:12 PM - 08:24 PM              Hours Worked:      6.20
TIPS REPORTED:     $0.00       < Normal Time Card >
--------------------------------------------------------------------
    TOTAL REGULAR HOURS:          39.20
    >>>>> REGULAR PAY:          $284.20
    TOTAL OVER TIME HOURS:         0.00
    >>>>> OVER TIME PAY:          $0.00
    TOTAL DOUBLE TIME HOURS:       0.00
    >>>>> DOUBLE TIME PAY:        $0.00
    ADDITIONAL PAY: $0.00
    TIPS REPORTED:  $0.00

    ===========
GROSS EARNINGS: $284.20
TOTAL HOURS WORKED:    39.20
AVG. HOURLY RATE:       $7.25
```

```
**************************************************************
************************************
         Morales, Ramon (Prep)    9/3/2012-9/9/2012        REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
**************************************************************
************************************
2012-09-04 04:05 PM - 09:58 PM              Hours Worked:   5.90
TIPS REPORTED:  $0.00            < Normal Time Card >
2012-09-05 04:11 PM - 10:02 PM              Hours Worked:   5.85
TIPS REPORTED:  $0.00            < Normal Time Card >
2012-09-06 03:59 PM - 09:09 PM              Hours Worked:   5.15
TIPS REPORTED:  $0.00            < Normal Time Card >

2012-09-07 10:30 AM - 07:37 PM              Hours Worked:   9.10
TIPS REPORTED:  $0.00            < Normal Time Card >
2012-09-08 03:59 PM - 09:56 PM              Hours Worked:   5.95
TIPS REPORTED:  $0.00            < Normal Time Card >
2012-09-09 03:13 PM - 07:50 PM              Hours Worked:   4.60
TIPS REPORTED:  $0.00            < Normal Time Card >
--------------------------------------------------------------
--------------------------------------------------------------
      TOTAL REGULAR HOURS:    36.55
      >>>>> REGULAR PAY:      $264.99
      TOTAL OVER TIME HOURS:  0.00
      >>>>> OVER TIME PAY:    $0.00
      TOTAL DOUBLE TIME HOURS:        0.00
      >>>>> DOUBLE TIME PAY:  $0.00
      ADDITIONAL PAY: $0.00
      TIPS REPORTED:  $0.00
           ==========
      GROSS EARNINGS: $264.99
      TOTAL HOURS WORKED:    36.55
      AVG. HOURLY RATE:      $7.25
      WAGE ADVANCE: (Less)    $412.00
      NET PAYABLE BEFORE TAXES:      ($147.01)
```

000131

```
**********************************************************************
**********************************
          Morales, Ramon (Prep)    9/10/2012-9/16/2012        REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
**********************************************************************
**********************************
2012-09-11 11:07 AM - 08:19 PM          Hours Worked:   9.20
TIPS REPORTED:   $0.00        < Normal Time Card >
2012-09-12 11:30 AM - 08:36 PM          Hours Worked:   9.10
TIPS REPORTED:   $0.00        < Normal Time Card >
2012-09-13 11:31 AM - 08:38 PM          Hours Worked:   9.10
TIPS REPORTED:   $0.00        < Normal Time Card >
2012-09-14 11:31 AM - 08:24 PM          Hours Worked:   8.90
TIPS REPORTED:   $0.00        < Normal Time Card >
----------------------------------------------------------------
----------------------------------------------------------------
        TOTAL REGULAR HOURS:    36.30
        >>>>> REGULAR PAY:      $263.18
        TOTAL OVER TIME HOURS:  0.00
        >>>>> OVER TIME PAY:    $0.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:   $0.00
                ==========
        GROSS EARNINGS: $263.18
        TOTAL HOURS WORKED:     36.30
        AVG. HOURLY RATE:       $7.25

        WAGE ADVANCE: (Less)    $400.00
        NET PAYABLE BEFORE TAXES:       ($136.83)
```

```
**************************************************************
**********************************
        Morales, Ramon (Prep)    9/17/2012-9/23/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
**************************************************************
**********************************
2012-09-17 10:20 AM - 08:09 PM           Hours Worked:   9.80
TIPS REPORTED:  $0.00         < Normal Time Card >
2012-09-18 11:08 AM - 08:42 PM           Hours Worked:   9.55
TIPS REPORTED:  $0.00         < Normal Time Card >
2012-09-19 11:32 AM - 08:08 PM           Hours Worked:   8.60
TIPS REPORTED:  $0.00         < Normal Time Card >
2012-09-20 12:06 PM - 08:58 PM           Hours Worked:   8.85
TIPS REPORTED:  $0.00         < Normal Time Card >
------------------------------------------------------------
------------------------------------
        TOTAL REGULAR HOURS:    36.80
        >>>>> REGULAR PAY:      $266.80
        TOTAL OVER TIME HOURS:  0.00
        >>>>> OVER TIME PAY:    $0.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
        ==========
        GROSS EARNINGS: $266.80
        TOTAL HOURS WORKED:     36.80
        AVG. HOURLY RATE:       $7.25
        WAGE ADVANCE: (Less)    $400.00
        NET PAYABLE BEFORE TAXES:       ($133.20)
```

```
*********************************************************************
***********************************
        Morales, Ramon (Prep)   9/24/2012-9/30/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*********************************************************************
***********************************
2012-09-25 12:25 PM - 04:04 PM          Hours Worked:   3.65
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-09-26 12:11 PM - 09:55 PM          Hours Worked:   9.75
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-09-27 10:23 AM - 08:08 PM          Hours Worked:   9.75
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-09-28 01:02 PM - 10:15 PM          Hours Worked:   9.20
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-09-29 03:31 PM - 08:37 PM          Hours Worked:   5.10

TIPS REPORTED:   $0.00         < Normal Time Card >
--------------------------------------------------------------------
----------------------------------------
     TOTAL REGULAR HOURS:    37.45
     >>>>> REGULAR PAY:      $271.51
     TOTAL OVER TIME HOURS:  0.00
     >>>>> OVER TIME PAY:    $0.00
     TOTAL DOUBLE TIME HOURS:        0.00
     >>>>> DOUBLE TIME PAY:  $0.00
     ADDITIONAL PAY: $0.00
     TIPS REPORTED:  $0.00
          ==========
     GROSS EARNINGS: $271.51
     TOTAL HOURS WORKED:     37.45
     AVG. HOURLY RATE:       $7.25
     WAGE ADVANCE: (Less)    $400.00
     NET PAYABLE BEFORE TAXES:       ($128.49)
```

000134

```
******************************************************************
*********************************
        Morales, Ramon (Prep)   10/1/2012-10/7/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
******************************************************************
*********************************
2012-10-02 03:29 PM - 10:06 PM          Hours Worked:   6.60
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-10-03 03:17 PM - 10:01 PM          Hours Worked:   6.75
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-10-04 04:10 PM - 10:29 PM          Hours Worked:   6.30
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-10-05 04:07 PM - 10:22 PM          Hours Worked:   6.25
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-10-06 11:04 AM - 08:29 PM          Hours Worked:   9.40
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-10-07 03:46 PM - 08:02 PM          Hours Worked:   4.25
TIPS REPORTED:  $0.00        < Normal Time Card >
------------------------------------------------------------------
------------------------------------
        TOTAL REGULAR HOURS:    39.55
        >>>>> REGULAR PAY:      $286.74
        TOTAL OVER TIME HOURS:  0.00
        >>>>> OVER TIME PAY:    $0.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
                ==========
        GROSS EARNINGS: $286.74
        TOTAL HOURS WORKED:     39.55
        AVG. HOURLY RATE:       $7.25
        WAGE ADVANCE: (Less)    $400.00

        NET PAYABLE BEFORE TAXES:       ($113.26)
```

000135

```
************************************************************************
*****************************************
        Morales, Ramon (Prep)   10/8/2012-10/14/2012     REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
************************************************************************
*****************************************
2012-10-09 04:23 PM - 10:16 PM          Hours Worked:   5.90
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-10-10 04:06 PM - 09:31 PM          Hours Worked:   5.40
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-10-11 04:08 PM - 10:20 PM          Hours Worked:   6.20
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-10-12 11:20 AM - 09:03 PM          Hours Worked:   9.70
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-10-13 11:10 AM - 08:40 PM          Hours Worked:   9.50
TIPS REPORTED:  $0.00          < Normal Time Card >
-----------------------------------------------------------------------
-----------------------------------------------
        TOTAL REGULAR HOURS:   36.70
        >>>>> REGULAR PAY:     $266.08
        TOTAL OVER TIME HOURS: 0.00
        >>>>> OVER TIME PAY:   $0.00
        TOTAL DOUBLE TIME HOURS:         0.00
        >>>>> DOUBLE TIME PAY: $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
                ==========
        GROSS EARNINGS: $266.08
        TOTAL HOURS WORKED:    36.70
        AVG. HOURLY RATE:      $7.25
        WAGE ADVANCE: (Less)   $450.00
        NET PAYABLE BEFORE TAXES:        ($183.93)
```

```
**********************************************************
***********************************
         Morales, Ramon (Prep)   10/15/2012-10/21/2012   REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
**********************************************************
***********************************
2012-10-16 03:45 PM - 09:05 PM          Hours Worked:   5.35
TIPS REPORTED:  $0.00            < Normal Time Card >
2012-10-17 04:09 PM - 10:21 PM          Hours Worked:   6.20
TIPS REPORTED:  $0.00            < Normal Time Card >
2012-10-18 03:16 PM - 10:05 PM          Hours Worked:   6.80
TIPS REPORTED:  $0.00            < Normal Time Card >
2012-10-19 12:05 PM - 08:30 PM          Hours Worked:   8.40
TIPS REPORTED:  $0.00            < Normal Time Card >

2012-10-21 11:07 AM - 08:47 PM          Hours Worked:   9.65
TIPS REPORTED:  $0.00            < Normal Time Card >
----------------------------------------------------------------
------------------------------------
       TOTAL REGULAR HOURS:    36.40
       >>>>> REGULAR PAY:      $263.90
       TOTAL OVER TIME HOURS:  0.00
       >>>>> OVER TIME PAY:    $0.00
       TOTAL DOUBLE TIME HOURS:        0.00
       >>>>> DOUBLE TIME PAY:  $0.00
       ADDITIONAL PAY: $0.00
       TIPS REPORTED:  $0.00
       ==========
       GROSS EARNINGS: $263.90
       TOTAL HOURS WORKED:   36.40
       AVG. HOURLY RATE:     $7.25
       WAGE ADVANCE: (Less)   $450.00
       NET PAYABLE BEFORE TAXES:       ($186.10)
```

000137

```
*************************************************************
***********************************
        Morales, Ramon (Prep)    10/29/2012-11/4/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*************************************************************
***********************************
2012-10-29 04:06 PM - 10:16 PM         Hours Worked:   6.15
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-10-30 04:06 PM - 10:17 PM         Hours Worked:   6.20
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-10-31 11:10 AM - 09:27 PM         Hours Worked:   10.30
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-11-01 12:03 PM - 08:12 PM         Hours Worked:   8.15
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-11-03 04:07 PM - 09:36 PM         Hours Worked:   5.50
TIPS REPORTED:  $0.00          < Normal Time Card >
-----------------------------------------------------------
-------------------------------------
      TOTAL REGULAR HOURS:     36.30
      >>>>> REGULAR PAY:       $263.18
      TOTAL OVER TIME HOURS:   0.00
      >>>>> OVER TIME PAY:     $0.00
      TOTAL DOUBLE TIME HOURS:      0.00
      >>>>> DOUBLE TIME PAY:   $0.00
      ADDITIONAL PAY: $0.00
      TIPS REPORTED:  $0.00
                =============
      GROSS EARNINGS: $263.18
      TOTAL HOURS WORKED:      36.30
      AVG. HOURLY RATE:        $7.25
      WAGE ADVANCE: (Less)     $450.00


      NET PAYABLE BEFORE TAXES:      ($186.83)
```

```
*****************************************************************
***************************************
        Morales, Ramon (Prep)    10/22/2012-10/28/2012    REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*****************************************************************
***************************************
2012-10-24 11:06 AM - 08:39 PM          Hours Worked:    9.55
TIPS REPORTED:   $0.00          < Normal Time Card >
2012-10-25 12:34 PM - 08:22 PM          Hours Worked:    7.80
TIPS REPORTED:   $0.00          < Normal Time Card >
2012-10-26 11:04 AM - 08:42 PM          Hours Worked:    9.65
TIPS REPORTED:   $0.00          < Normal Time Card >
2012-10-27 12:08 PM - 09:21 PM          Hours Worked:    9.20
TIPS REPORTED:   $0.00          < Normal Time Card >
----------------------------------------------------------------
-------------------------------------------
        TOTAL REGULAR HOURS:    36.20
        >>>> REGULAR PAY:      $262.45
        TOTAL OVER TIME HOURS:  0.00
        >>>> OVER TIME PAY:     $0.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>> DOUBLE TIME PAY:   $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
                ==========
        GROSS EARNINGS: $262.45
        TOTAL HOURS WORKED:     36.20
        AVG. HOURLY RATE:       $7.25
        WAGE ADVANCE: (Less)    $375.00
        NET PAYABLE BEFORE TAXES:       ($112.55)
```

000139

```
*************************************************************
*********************************
        Morales, Ramon (Prep)    11/5/2012-11/11/2012    REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*************************************************************
*********************************
2012-11-06 03:30 PM - 09:29 PM          Hours Worked:   6.00
TIPS REPORTED:  $0.00       < Normal Time Card >
2012-11-07 03:55 PM - 09:07 PM          Hours Worked:   5.20
TIPS REPORTED:  $0.00       < Normal Time Card >
2012-11-08 04:00 PM - 10:00 PM          Hours Worked:   6.00
TIPS REPORTED:  $0.00       < Normal Time Card >
2012-11-09 11:26 AM - 09:01 PM          Hours Worked:   9.60
TIPS REPORTED:  $0.00       < Normal Time Card >
2012-11-10 12:52 PM - 08:00 PM          Hours Worked:   7.15
TIPS REPORTED:  $0.00       < Normal Time Card >
2012-11-11 02:01 PM - 06:57 PM          Hours Worked:   4.95
TIPS REPORTED:  $0.00       < Normal Time Card >
-------------------------------------------------------------
-------------------------------------------
      TOTAL REGULAR HOURS:    38.90
      >>>>> REGULAR PAY:      $282.03
      TOTAL OVER TIME HOURS:  0.00
      >>>>> OVER TIME PAY:    $0.00
      TOTAL DOUBLE TIME HOURS:         0.00
      >>>>> DOUBLE TIME PAY:  $0.00
      ADDITIONAL PAY: $0.00
      TIPS REPORTED:  $0.00
            ==========
      GROSS EARNINGS: $282.03
      TOTAL HOURS WORKED:     38.90
      AVG. HOURLY RATE:       $7.25
      WAGE ADVANCE: (Less)    $450.00
      NET PAYABLE BEFORE TAXES:       ($167.98)
```

000140

```
*****************************************************************
*************************************
         Morales, Ramon (Prep)    11/12/2012-11/18/2012    REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*****************************************************************
*************************************

 2012-11-13 04:01 PM - 09:45 PM              Hours Worked:    5.75
 TIPS REPORTED:   $0.00          < Normal Time Card >
 2012-11-14 03:54 PM - 09:58 PM              Hours Worked:    6.05
 TIPS REPORTED:   $0.00          < Normal Time Card >
 2012-11-15 03:49 PM - 09:46 PM              Hours Worked:    5.95
 TIPS REPORTED:   $0.00          < Normal Time Card >
 2012-11-16 10:53 AM - 08:46 PM              Hours Worked:    9.90
 TIPS REPORTED:   $0.00          < Normal Time Card >
 2012-11-17 12:57 PM - 10:05 PM              Hours Worked:    9.15
 TIPS REPORTED:   $0.00          < Normal Time Card >
 2012-11-18 02:30 PM - 07:54 PM              Hours Worked:    5.40
 TIPS REPORTED:   $0.00          < Normal Time Card >
-----------------------------------------------------------------
----------------------------------------
      TOTAL REGULAR HOURS:    40.00
      >>>>> REGULAR PAY:      $290.00
      TOTAL OVER TIME HOURS:  2.20
      >>>>> OVER TIME PAY:    $23.94
      TOTAL DOUBLE TIME HOURS:       0.00
      >>>>> DOUBLE TIME PAY:  $0.00
      ADDITIONAL PAY: $0.00
      TIPS REPORTED:   $0.00
             ==========
      GROSS EARNINGS: $313.94
      TOTAL HOURS WORKED:    42.20
      AVG. HOURLY RATE:      $7.44
      WAGE ADVANCE: (Less)   $450.00
      NET PAYABLE BEFORE TAXES:      ($136.06)
```

```
*************************************************************************
***********************************
          Morales, Ramon (Prep)    11/19/2012-11/25/2012    REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*************************************************************************

***********************************
2012-11-19 03:59 PM - 09:45 PM              Hours Worked:   5.75
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-11-20 12:10 PM - 08:54 PM              Hours Worked:   8.75
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-11-21 03:58 PM - 10:11 PM              Hours Worked:   6.20
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-11-23 12:50 PM - 10:02 PM              Hours Worked:   9.20
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-11-24 11:53 AM - 08:31 PM              Hours Worked:   8.65
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-11-25 01:53 PM - 07:39 PM              Hours Worked:   5.75
TIPS REPORTED:  $0.00        < Normal Time Card >
-----------------------------------------------------------------------
-----------------------------------
        TOTAL REGULAR HOURS:     40.00
        >>>>> REGULAR PAY:       $290.00
        TOTAL OVER TIME HOURS:   4.30
        >>>>> OVER TIME PAY:     $46.78
        TOTAL DOUBLE TIME HOURS:          0.00
        >>>>> DOUBLE TIME PAY:   $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
             ==========
        GROSS EARNINGS: $336.78
        TOTAL HOURS WORKED:      44.30
        AVG. HOURLY RATE:        $7.60
        WAGE ADVANCE: (Less)     $375.00
        NET PAYABLE BEFORE TAXES:         ($38.22)
```

000142

```
*****************************************************************
************************************
        Morales, Ramon (Prep)    11/26/2012-12/2/2012    REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*****************************************************************
************************************
2012-11-27 03:55 PM - 08:51 PM        Hours Worked:   4.95
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-11-28 03:56 PM - 10:01 PM        Hours Worked:   6.10
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-11-29 04:04 PM - 08:50 PM        Hours Worked:   4.75
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-11-30 11:35 AM - 08:53 PM        Hours Worked:   9.30
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-12-01 12:58 PM - 08:02 PM        Hours Worked:   7.05
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-12-02 04:01 PM - 08:36 PM        Hours Worked:   4.60
TIPS REPORTED:  $0.00        < Normal Time Card >
-----------------------------------------------------------------
------------------------------------
      TOTAL REGULAR HOURS:     36.75

      >>>>> REGULAR PAY:      $266.44
      TOTAL OVER TIME HOURS:  0.00
      >>>>> OVER TIME PAY:    $0.00
      TOTAL DOUBLE TIME HOURS:        0.00
      >>>>> DOUBLE TIME PAY:  $0.00
      ADDITIONAL PAY: $0.00
      TIPS REPORTED:  $0.00
            ==========
      GROSS EARNINGS: $266.44
      TOTAL HOURS WORKED:     36.75
      AVG. HOURLY RATE:       $7.25
      WAGE ADVANCE: (Less)    $450.00
      NET PAYABLE BEFORE TAXES:       ($183.56)
```

```
************************************************************
**********************************
        Morales, Ramon (Prep)     12/3/2012-12/9/2012      REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
************************************************************
**********************************
2012-12-04 03:56 PM - 10:01 PM        Hours Worked:   6.10
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-12-05 04:02 PM - 09:59 PM        Hours Worked:   5.95
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-12-06 03:56 PM - 09:48 PM        Hours Worked:   5.85
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-12-07 11:49 AM - 09:04 PM        Hours Worked:   9.25
TIPS REPORTED:  $0.00        < Normal Time Card >
2012-12-08 10:50 AM - 08:17 PM        Hours Worked:   9.45
TIPS REPORTED:  $0.00        < Normal Time Card >
------------------------------------------------------------
------------------------------------------
        TOTAL REGULAR HOURS:    36.60
        >>>>> REGULAR PAY:      $265.35
        TOTAL OVER TIME HOURS:  0.00
        >>>>> OVER TIME PAY:    $0.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
                        ==========
        GROSS EARNINGS: $265.35
        TOTAL HOURS WORKED:     36.60
        AVG. HOURLY RATE:       $7.25
        WAGE ADVANCE: (Less)    $450.00
        NET PAYABLE BEFORE TAXES:       ($184.65)
```

```
****************************************************************
**************************************
          Morales, Ramon (Prep)    12/10/2012-12/16/2012    REGULAR
```

PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:

```
****************************************************************
**************************************
```

| | | | |
|---|---|---|---|
| 2012-12-11 04:03 PM - 09:53 PM | | Hours Worked: | 5.85 |
| TIPS REPORTED: $0.00 | < Normal Time Card > | | |
| 2012-12-12 03:50 PM - 09:14 PM | | Hours Worked: | 5.40 |
| TIPS REPORTED: $0.00 | < Normal Time Card > | | |
| 2012-12-13 03:49 PM - 10:01 PM | | Hours Worked: | 6.20 |
| TIPS REPORTED: $0.00 | < Normal Time Card > | | |
| 2012-12-14 11:05 AM - 09:01 PM | | Hours Worked: | 9.95 |
| TIPS REPORTED: $0.00 | < Normal Time Card > | | |
| 2012-12-15 12:00 PM - 09:45 PM | | Hours Worked: | 9.75 |
| TIPS REPORTED: $0.00 | < Normal Time Card > | | |

```
----------------------------------------------------------------
------------------------------------
        TOTAL REGULAR HOURS:    37.15
        >>>>> REGULAR PAY:      $269.34
        TOTAL OVER TIME HOURS:  0.00
        >>>>> OVER TIME PAY:    $0.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
        ==========
        GROSS EARNINGS: $269.34
        TOTAL HOURS WORKED:    37.15
        AVG. HOURLY RATE:      $7.25
        WAGE ADVANCE: (Less)   $0.00
        NET PAYABLE BEFORE TAXES:      $269.34
```

000145

```
*******************************************************************
*********************************
          Morales, Ramon (Prep)    12/17/2012-12/23/2012    REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*******************************************************************
*********************************
2012-12-18 03:52 PM - 10:03 PM          Hours Worked:  6.20
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-12-19 04:01 PM - 08:47 PM          Hours Worked:  4.75
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-12-20 03:57 PM - 10:08 PM          Hours Worked:  6.20
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-12-21 11:07 AM - 08:13 PM          Hours Worked:  9.10
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-12-22 12:58 PM - 10:04 PM          Hours Worked:  9.10
TIPS REPORTED:  $0.00          < Normal Time Card >
-------------------------------------------------------------------
-----------------------------------
          TOTAL REGULAR HOURS:    35.35
          >>>>> REGULAR PAY:      $256.29

          TOTAL OVER TIME HOURS:  0.00
          >>>>> OVER TIME PAY:    $0.00
          TOTAL DOUBLE TIME HOURS:        0.00
          >>>>> DOUBLE TIME PAY:  $0.00
          ADDITIONAL PAY: $0.00
          TIPS REPORTED:  $0.00
          ==========
          GROSS EARNINGS: $256.29
          TOTAL HOURS WORKED:    35.35
          AVG. HOURLY RATE:      $7.25
          WAGE ADVANCE: (Less)   $530.00
          NET PAYABLE BEFORE TAXES:      ($273.71)
```

```
*******************************************************************
***********************************
        Morales, Ramon (Prep)   12/24/2012-12/30/2012    REGULAR
PAY: $7.25/Hour OVER TIME PAY: $10.88/Hou
Tax Account Number:
*******************************************************************
***********************************
2012-12-24 10:00 AM - 07:52 PM          Hours Worked:   9.85
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-12-26 03:55 PM - 05:04 PM          Hours Worked:   1.15
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-12-27 01:28 PM - 10:04 PM          Hours Worked:   8.60
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-12-29 10:49 AM - 08:04 PM          Hours Worked:   9.25
TIPS REPORTED:  $0.00          < Normal Time Card >
2012-12-30 01:44 PM - 08:27 PM          Hours Worked:   6.70
TIPS REPORTED:  $0.00          < Normal Time Card >
-------------------------------------------------------------------
-----------------------------------------
    TOTAL REGULAR HOURS:    35.55
    >>>>> REGULAR PAY:      $257.74
    TOTAL OVER TIME HOURS:  0.00
    >>>>> OVER TIME PAY:    $0.00
    TOTAL DOUBLE TIME HOURS:       0.00
    >>>>> DOUBLE TIME PAY:  $0.00
    ADDITIONAL PAY: $0.00
    TIPS REPORTED:  $0.00
        ==========
    GROSS EARNINGS: $257.74
    TOTAL HOURS WORKED:     35.55
    AVG. HOURLY RATE:       $7.25
    WAGE ADVANCE: (Less)    $544.00
    NET PAYABLE BEFORE TAXES:      ($286.26)
```

```
*********************************************************************
**********************************
        Morales, Ramon (Prep)   12/31/2012-1/6/2013      REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou

Tax Account Number:
*********************************************************************
**********************************
2013-01-01 03:57 PM - 09:03 PM       .    Hours Worked:    5.10
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-01-02 03:49 PM - 09:33 PM            Hours Worked:    5.75
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-01-03 04:01 PM - 09:51 PM            Hours Worked:    5.85
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-01-04 12:00 PM - 09:56 PM            Hours Worked:    9.95
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-01-05 03:58 PM - 08:48 PM            Hours Worked:    4.85
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-01-06 03:02 PM - 08:12 PM            Hours Worked:    5.15
TIPS REPORTED:  $0.00          < Normal Time Card >
--------------------------------------------------------------------
-----------------------------------
        TOTAL REGULAR HOURS:    36.65
        >>>>> REGULAR PAY:      $293.20
        TOTAL OVER TIME HOURS:  0.00
        >>>>> OVER TIME PAY:    $0.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
                ==========
        GROSS EARNINGS: $293.20
        TOTAL HOURS WORKED:     36.65
        AVG. HOURLY RATE:       $8.00
        WAGE ADVANCE: (Less)    $440.00
        NET PAYABLE BEFORE TAXES:       ($146.80)
```

000148

```
**********************************************************************
***************************************
     Morales, Ramon (Prep)   1/7/2013-1/13/2013        REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
**********************************************************************
***************************************
2013-01-08 04:03 PM - 09:27 PM
TIPS REPORTED:  $0.00              Hours Worked:   5.40
                              < Normal Time Card >
2013-01-09 03:58 PM - 10:03 PM
TIPS REPORTED:  $0.00              Hours Worked:   6.10
                              < Normal Time Card >
2013-01-10 04:05 PM - 09:39 PM
TIPS REPORTED:  $0.00              Hours Worked:   5.55
                              < Normal Time Card >
2013-01-11 11:01 AM - 07:54 PM
TIPS REPORTED:  $0.00              Hours Worked:   8.90
                              < Normal Time Card >
2013-01-12 02:59 PM - 10:05 PM
TIPS REPORTED:  $0.00              Hours Worked:   7.10
                              < Normal Time Card >
2013-01-13 01:03 PM - 07:25 PM
TIPS REPORTED:  $0.00              Hours Worked:   6.35
                              < Normal Time Card >

------------------------------------
     TOTAL REGULAR HOURS:    39.40
     >>>>> REGULAR PAY:      $315.20
     TOTAL OVER TIME HOURS:  0.00
     >>>>> OVER TIME PAY:    $0.00
     TOTAL DOUBLE TIME HOURS:      0.00
     >>>>> DOUBLE TIME PAY:  $0.00
     ADDITIONAL PAY: $0.00
     TIPS REPORTED:  $0.00
          =========
     GROSS EARNINGS: $315.20
     TOTAL HOURS WORKED:    39.40
     AVG. HOURLY RATE:      $8.00
     WAGE ADVANCE: (Less)   $0.00
     NET PAYABLE BEFORE TAXES:       $315.20
```

```
**********************************************************************
**********************************
        Morales, Ramon (Prep)    1/14/2013-1/20/2013      REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
**********************************************************************
**********************************
2013-01-15 04:01 PM - 09:49 PM          Hours Worked:   5.80
TIPS REPORTED:  $0.00       < Normal Time Card >
2013-01-16 03:52 PM - 09:46 PM          Hours Worked:   5.90
TIPS REPORTED:  $0.00       < Normal Time Card >
2013-01-17 04:03 PM - 10:10 PM          Hours Worked:   6.10
TIPS REPORTED:  $0.00       < Normal Time Card >
2013-01-18 11:35 AM - 09:04 PM          Hours Worked:   9.50
TIPS REPORTED:  $0.00       < Normal Time Card >
2013-01-19 11:58 AM - 09:32 PM          Hours Worked:   9.55
TIPS REPORTED:  $0.00       < Normal Time Card >
-------------------------------------------------------------------
-----------------------------------
    TOTAL REGULAR HOURS:    36.85
    >>>>> REGULAR PAY:      $294.80
    TOTAL OVER TIME HOURS:  0.00
    >>>>> OVER TIME PAY:    $0.00
    TOTAL DOUBLE TIME HOURS:      0.00
    >>>>> DOUBLE TIME PAY:  $0.00
    ADDITIONAL PAY: $0.00
    TIPS REPORTED:  $0.00
            ==========
    GROSS EARNINGS: $294.80
    TOTAL HOURS WORKED:     36.85
    AVG. HOURLY RATE:       $8.00
    WAGE ADVANCE: (Less)    $487.00
    NET PAYABLE BEFORE TAXES:        ($192.20)

**********************************************************************
```

```
**********************************
      Morales, Ramon (Prep)   1/21/2013-1/27/2013      REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
**********************************************************************
**********************************
2013-01-22 03:33 PM - 09:46 PM          Hours Worked:   6.20
TIPS REPORTED:  $0.00         < Normal Time Card >
2013-01-23 04:14 PM - 10:03 PM          Hours Worked:   5.80
TIPS REPORTED:  $0.00         < Normal Time Card >
2013-01-24 04:03 PM - 09:23 PM          Hours Worked:   5.35
TIPS REPORTED:  $0.00         < Normal Time Card >
2013-01-25 12:07 PM - 09:59 PM          Hours Worked:   9.85
TIPS REPORTED:  $0.00         < Normal Time Card >
2013-01-26 01:05 PM - 10:23 PM          Hours Worked:   9.30
TIPS REPORTED:  $0.00         < Normal Time Card >
--------------------------------------------------------------------
------------------------------------
    TOTAL REGULAR HOURS:    36.50
    >>>>> REGULAR PAY:      $292.00
    TOTAL OVER TIME HOURS:  0.00
    >>>>> OVER TIME PAY:    $0.00
    TOTAL DOUBLE TIME HOURS:       0.00
    >>>>> DOUBLE TIME PAY:  $0.00
    ADDITIONAL PAY: $0.00
    TIPS REPORTED:  $0.00
    ==========
    GROSS EARNINGS: $292.00
    TOTAL HOURS WORKED:    36.50
    AVG. HOURLY RATE:      $8.00
    WAGE ADVANCE: (Less)   $469.00
    NET PAYABLE BEFORE TAXES:      ($177.00)
```

```
*******************************
     Morales, Ramon (Prep)   1/21/2013-1/27/2013      REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
************************************************************
*******************************
2013-01-22 03:33 PM - 09:46 PM          Hours Worked:   6.20
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-01-23 04:14 PM - 10:03 PM          Hours Worked:   5.80
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-01-24 04:03 PM - 09:23 PM          Hours Worked:   5.35
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-01-25 12:07 PM - 09:59 PM          Hours Worked:   9.85
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-01-26 01:05 PM - 10:23 PM          Hours Worked:   9.30
TIPS REPORTED:  $0.00        < Normal Time Card >
-------------------------------------------------------------
-----------------------------------
     TOTAL REGULAR HOURS:     36.50
     >>>>> REGULAR PAY:       $292.00
     TOTAL OVER TIME HOURS:   0.00
     >>>>> OVER TIME PAY:     $0.00
     TOTAL DOUBLE TIME HOURS:          0.00
     >>>>> DOUBLE TIME PAY:   $0.00
     ADDITIONAL PAY: $0.00
     TIPS REPORTED:  $0.00
     ==========
     GROSS EARNINGS: $292.00
     TOTAL HOURS WORKED:      36.50
     AVG. HOURLY RATE:        $8.00
     WAGE ADVANCE: (Less)     $469.00
     NET PAYABLE BEFORE TAXES:         ($177.00)
```

```
*****************************************************************
*******************************************
      Morales, Ramon (Prep)    1/28/2013-2/3/2013      REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
*****************************************************************
*******************************************
2013-01-29 04:05 PM - 09:57 PM          Hours Worked:    5.85
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-01-30 03:50 PM - 09:43 PM          Hours Worked:    5.90
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-01-31 04:05 PM - 09:31 PM          Hours Worked:    5.45
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-02-01 11:17 AM - 08:50 PM          Hours Worked:    9.55
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-02-02 01:08 PM - 10:01 PM          Hours Worked:    8.90
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-02-03 03:15 PM - 08:02 PM          Hours Worked:    4.80
TIPS REPORTED:  $0.00        < Normal Time Card >


---------------------------------------------------------------
------------------------------------
    TOTAL REGULAR HOURS:    40.00
    >>>>> REGULAR PAY:      $320.00
    TOTAL OVER TIME HOURS:  0.45
    >>>>> OVER TIME PAY:    $5.40
    TOTAL DOUBLE TIME HOURS:       0.00
    >>>>> DOUBLE TIME PAY:  $0.00
    ADDITIONAL PAY: $0.00
    TIPS REPORTED:  $0.00
          ==========
    GROSS EARNINGS: $325.40
    TOTAL HOURS WORKED:     40.45
    AVG. HOURLY RATE:       $8.04
    WAGE ADVANCE: (Less)    $494.00
    NET PAYABLE BEFORE TAXES:     ($168.60)
```

000153

```
************************************************************
*********************************
        Morales, Ramon (Prep)   2/4/2013-2/10/2013        REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
************************************************************
*********************************
2013-02-05 04:02 PM - 09:16 PM          Hours Worked:   5.25
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-02-06 03:56 PM - 09:40 PM          Hours Worked:   5.75
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-02-07 03:57 PM - 10:07 PM          Hours Worked:   6.15
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-02-08 11:30 AM - 09:04 PM          Hours Worked:   9.55
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-02-09 02:05 PM - 10:21 PM          Hours Worked:   8.25
TIPS REPORTED:  $0.00          < Normal Time Card >
-------------------------------------------------------------
-------------------------------------
        TOTAL REGULAR HOURS:    34.95
        >>>>> REGULAR PAY:     $279.60
        TOTAL OVER TIME HOURS:  0.00
        >>>>> OVER TIME PAY:    $0.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
        ==========
GROSS EARNINGS: $279.60
TOTAL HOURS WORKED:    34.95
AVG. HOURLY RATE:      $8.00
WAGE ADVANCE: (Less)   $412.00
NET PAYABLE BEFORE TAXES:     ($132.40)
```

```
*********************************************************************
***********************************
        Morales, Ramon (Prep)    2/11/2013-2/17/2013      REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
*********************************************************************
***********************************
2013-02-12 03:54 PM - 10:01 PM            Hours Worked:   6.10
TIPS REPORTED:  $0.00         < Normal Time Card >
2013-02-13 03:59 PM - 09:49 PM            Hours Worked:   5.85
TIPS REPORTED:  $0.00         < Normal Time Card >
2013-02-14 04:11 PM - 09:53 PM            Hours Worked:   5.70
TIPS REPORTED:  $0.00         < Normal Time Card >
2013-02-15 11:02 AM - 08:53 PM            Hours Worked:   9.85
TIPS REPORTED:  $0.00         < Normal Time Card >
2013-02-16 11:45 AM - 09:01 PM            Hours Worked:   9.25
TIPS REPORTED:  $0.00         < Normal Time Card >
2013-02-17 03:02 PM - 08:08 PM            Hours Worked:   5.10
TIPS REPORTED:  $0.00         < Normal Time Card >
-------------------------------------------------------------------
------------------------------------
        TOTAL REGULAR HOURS:    40.00
        >>>>> REGULAR PAY:      $320.00
        TOTAL OVER TIME HOURS:  1.85
        >>>>> OVER TIME PAY:    $22.20
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
         TIPS REPORTED:  $0.00
                ==========
        GROSS EARNINGS: $342.20
        TOTAL HOURS WORKED:    41.85

        AVG. HOURLY RATE:      $8.18
        WAGE ADVANCE: (Less)   $474.00
        NET PAYABLE BEFORE TAXES:       ($131.80)
```

```
**********************************************************************
************************************
          Morales, Ramon (Prep)     2/18/2013-2/24/2013      REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
**********************************************************************
************************************
2013-02-19 01:54 PM - 09:59 PM              Hours Worked:   8.10
TIPS REPORTED:   $0.00          < Normal Time Card >
2013-02-20 02:58 PM - 10:01 PM              Hours Worked:   7.05
TIPS REPORTED:   $0.00          < Normal Time Card >
2013-02-21 03:59 PM - 10:03 PM              Hours Worked:   6.05
TIPS REPORTED:   $0.00          < Normal Time Card >
2013-02-23 12:01 PM - 09:21 PM              Hours Worked:   9.35
TIPS REPORTED:   $0.00          < Normal Time Card >
2013-02-23 04:02 PM - 09:47 PM              Hours Worked:   5.75

 TIPS REPORTED:   $0.00           < Normal Time Card >
 2013-02-24 04:00 PM - 09:52 PM             Hours Worked:   5.85
 TIPS REPORTED:   $0.00           < Normal Time Card >
----------------------------------------------------------------------
------------------------------------
       TOTAL REGULAR HOURS:    40.00
       >>>>> REGULAR PAY:      $320.00
       TOTAL OVER TIME HOURS:  2.15
       >>>>> OVER TIME PAY:    $25.80
       TOTAL DOUBLE TIME HOURS:      0.00
       >>>>> DOUBLE TIME PAY:  $0.00
       ADDITIONAL PAY: $0.00
       TIPS REPORTED:  $0.00
          ==========
       GROSS EARNINGS: $345.80
       TOTAL HOURS WORKED:     42.15
       AVG. HOURLY RATE:       $8.20
       WAGE ADVANCE: (Less)    $375.00
       NET PAYABLE BEFORE TAXES:      ($29.20)
```

```
*********************************************************
***********************************
       Morales, Ramon (Prep)    2/25/2013-3/3/2013        REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
*********************************************************
***********************************
2013-02-26 01:53 PM - 10:03 PM          Hours Worked:    8.15
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-02-27 01:57 PM - 10:02 PM          Hours Worked:    8.10
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-02-28 01:58 PM - 09:58 PM          Hours Worked:    8.00
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-03-01 12:07 PM - 09:58 PM          Hours Worked:    9.85
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-03-02 01:00 PM - 09:53 PM          Hours Worked:    8.90
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-03-03 02:49 PM - 08:01 PM          Hours Worked:    5.20
TIPS REPORTED:  $0.00        < Normal Time Card >
--------------------------------------------------------
----------------------------------------
      TOTAL REGULAR HOURS:    40.00
      >>>>> REGULAR PAY:    $320.00
      TOTAL OVER TIME HOURS:  8.20
      >>>>> OVER TIME PAY:   $98.40
      TOTAL DOUBLE TIME HOURS:      0.00
      >>>>> DOUBLE TIME PAY: $0.00
   ADDITIONAL PAY: $0.00
   TIPS REPORTED:  $0.00
           ==========
   GROSS EARNINGS: $418.40
   TOTAL HOURS WORKED:   48.20
   AVG. HOURLY RATE:    $8.68
   WAGE ADVANCE: (Less)   $400.00
   NET PAYABLE BEFORE TAXES:     $18.40
```

```
*****************************************************************
*********************************************
        Morales, Ramon (Prep)   3/4/2013-3/10/2013        REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
*****************************************************************
*********************************************
2013-03-05 03:01 PM - 10:01 PM          Hours Worked:   7.00
TIPS REPORTED:   $0.00      < Normal Time Card >
2013-03-06 02:00 PM - 09:49 PM          Hours Worked:   7.80
TIPS REPORTED:   $0.00      < Normal Time Card >
2013-03-07 02:17 PM - 10:03 PM          Hours Worked:   7.75
TIPS REPORTED:   $0.00      < Normal Time Card >
2013-03-08 11:09 AM - 08:56 PM          Hours Worked:   9.80
TIPS REPORTED:   $0.00      < Normal Time Card >
2013-03-09 11:03 AM - 08:47 PM          Hours Worked:   9.75
TIPS REPORTED:   $0.00      < Normal Time Card >
2013-03-10 04:08 PM - 09:57 PM          Hours Worked:   5.80
TIPS REPORTED:   $0.00      < Normal Time Card >
-----------------------------------------------------------------
-----------------------------------------------
        TOTAL REGULAR HOURS:    40.00
        >>>>> REGULAR PAY:     $320.00
        TOTAL OVER TIME HOURS:  7.90
        >>>>> OVER TIME PAY:    $94.80
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:   $0.00
        ==========
        GROSS EARNINGS: $414.80
        TOTAL HOURS WORKED:     47.90
        AVG. HOURLY RATE:      $8.66
        WAGE ADVANCE: (Less)   $337.50
        NET PAYABLE BEFORE TAXES:       $77.30
```

```
*****************************************************************
*********************************
     Morales, Ramon (Prep)    3/11/2013-3/17/2013      REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
*****************************************************************
*********************************
2013-03-12 03:04 PM - 10:10 PM          Hours Worked:   7.10
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-03-13 02:57 PM - 10:06 PM          Hours Worked:   7.15
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-03-14 03:02 PM - 09:59 PM          Hours Worked:   6.95
TIPS REPORTED:  $0.00        < Normal Time Card >

2013-03-15 12:16 PM - 08:49 PM          Hours Worked:   8.55
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-03-16 02:05 PM - 09:02 PM          Hours Worked:   6.95
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-03-17 01:03 PM - 10:13 PM          Hours Worked:   9.15
TIPS REPORTED:  $0.00        < Normal Time Card >
-----------------------------------------------------------------
------------------------------------
     TOTAL REGULAR HOURS:    40.00
     >>>>> REGULAR PAY:      $320.00
     TOTAL OVER TIME HOURS:  5.85
     >>>>> OVER TIME PAY:    $70.20
     TOTAL DOUBLE TIME HOURS:      0.00
     >>>>> DOUBLE TIME PAY:  $0.00
     ADDITIONAL PAY: $0.00
     TIPS REPORTED:   $0.00
          ==========
     GROSS EARNINGS: $390.20
     TOTAL HOURS WORKED:    45.85
     AVG. HOURLY RATE:      $8.51
     WAGE ADVANCE: (Less)   $450.00
     NET PAYABLE BEFORE TAXES:     ($59.80)
```

000159

```
****************************************
*********************************************************
          Morales, Ramon (Prep)    3/18/2013-3/24/2013        REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
****************************************
*********************************************************
2013-03-19 03:02 PM - 09:58 PM           Hours Worked:    6.95
TIPS REPORTED:   $0.00         < Normal Time Card >
2013-03-20 02:57 PM - 10:16 PM           Hours Worked:    7.30
TIPS REPORTED:   $0.00         < Normal Time Card >
2013-03-21 02:57 PM - 10:03 PM           Hours Worked:    7.10
TIPS REPORTED:   $0.00         < Normal Time Card >
2013-03-22 11:48 AM - 10:04 PM           Hours Worked:    10.25
TIPS REPORTED:   $0.00         < Normal Time Card >
2013-03-23 12:55 PM - 09:49 PM           Hours Worked:    8.90
TIPS REPORTED:   $0.00         < Normal Time Card >
2013-03-24 01:52 PM - 10:06 PM           Hours Worked:    8.25
TIPS REPORTED:   $0.00         < Normal Time Card >
------------------------------------------------------------
     TOTAL REGULAR HOURS:     48.25
     >>>>> REGULAR PAY:      $386.00
     TOTAL OVER TIME HOURS:    0.50
     >>>>> OVER TIME PAY:     $6.00
     TOTAL DOUBLE TIME HOURS:           0.00
     >>>>> DOUBLE TIME PAY:   $0.00
     ADDITIONAL PAY: $0.00
     TIPS REPORTED:   $0.00
         ==========
     GROSS EARNINGS: $392.00
     TOTAL HOURS WORKED:      48.75
     AVG. HOURLY RATE:         $8.04
     WAGE ADVANCE: (Less)    $450.00
     NET PAYABLE BEFORE TAXES:        ($58.00)
```

000160

```
*********************************************************************
*********************************
       Morales, Ramon (Prep)   3/25/2013-3/31/2013      REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
*********************************************************************
*********************************
2013-03-26 02:58 PM - 10:02 PM          Hours Worked:   7.05
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-03-27 03:04 PM - 09:46 PM          Hours Worked:   6.70
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-03-28 03:02 PM - 09:58 PM          Hours Worked:   6.95
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-03-29 12:00 PM - 09:52 PM          Hours Worked:   9.85
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-03-30 01:02 PM - 10:11 PM          Hours Worked:   9.15
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-03-31 01:53 PM - 09:02 PM          Hours Worked:   7.15
TIPS REPORTED:  $0.00          < Normal Time Card >
-------------------------------------------------------------------
-----------------------------------
       TOTAL REGULAR HOURS:    40.00
       >>>>> REGULAR PAY:      $320.00
       TOTAL OVER TIME HOURS:  6.85
       >>>>> OVER TIME PAY:    $82.20
       TOTAL DOUBLE TIME HOURS:        0.00
       >>>>> DOUBLE TIME PAY:  $0.00
       ADDITIONAL PAY: $0.00
       TIPS REPORTED:  $0.00
            ==========
       GROSS EARNINGS: $402.20
       TOTAL HOURS WORKED:    46.85
       AVG. HOURLY RATE:      $8.58
       WAGE ADVANCE: (Less)   $0.00
       NET PAYABLE BEFORE TAXES:       $402.20
```

```
*****************************************************************
***************************************
        Morales, Ramon (Prep)    4/1/2013-4/7/2013         REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
*****************************************************************
***************************************
2013-04-02 03:11 PM - 09:50 PM              Hours Worked:   6.65

 TIPS REPORTED:  $0.00        < Normal Time Card >
 2013-04-03 02:59 PM - 10:10 PM            Hours Worked:   7.20
 TIPS REPORTED:  $0.00        < Normal Time Card >
 2013-04-04 02:46 PM - 09:57 PM            Hours Worked:   7.20
 TIPS REPORTED:  $0.00        < Normal Time Card >
 2013-04-05 11:57 AM - 09:46 PM            Hours Worked:   9.80
 TIPS REPORTED:  $0.00        < Normal Time Card >
 2013-04-06 11:57 AM - 09:51 PM            Hours Worked:   9.90
 TIPS REPORTED:  $0.00        < Normal Time Card >
 2013-04-07 03:46 PM - 10:01 PM            Hours Worked:   6.25
 TIPS REPORTED:  $0.00        < Normal Time Card >
-----------------------------------------------------------------
------------------------------------
      TOTAL REGULAR HOURS:    40.00
      >>>>> REGULAR PAY:      $320.00
      TOTAL OVER TIME HOURS:  7.00
      >>>>> OVER TIME PAY:    $84.00
      TOTAL DOUBLE TIME HOURS:    0.00
      >>>>> DOUBLE TIME PAY:  $0.00
      ADDITIONAL PAY: $0.00
      TIPS REPORTED:  $0.00
                      ==========
      GROSS EARNINGS: $404.00
      TOTAL HOURS WORKED:    47.00
      AVG. HOURLY RATE:    $8.60
      WAGE ADVANCE: (Less)    $0.00
      NET PAYABLE BEFORE TAXES:    $404.00
```

000162

```
*************************************************************
*********************************
        Morales, Ramon (Prep)    4/8/2013-4/14/2013      REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
*************************************************************
*********************************
2013-04-09 03:00 PM - 09:53 PM          Hours Worked:   6.90
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-04-10 02:56 PM - 10:02 PM          Hours Worked:   7.10
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-04-11 02:51 PM - 09:46 PM          Hours Worked:   6.90
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-04-12 12:00 PM - 09:48 PM          Hours Worked:   9.80
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-04-13 01:04 PM - 10:14 PM          Hours Worked:   9.15
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-04-14 03:59 PM - 10:09 PM          Hours Worked:   6.15
TIPS REPORTED:  $0.00          < Normal Time Card >
-----------------------------------------------------------
-----------------------------------
        TOTAL REGULAR HOURS:    40.00
        >>>>> REGULAR PAY:      $320.00
        TOTAL OVER TIME HOURS:  6.00
        >>>>> OVER TIME PAY:    $72.00
        TOTAL DOUBLE TIME HOURS:        0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
                ==========
        GROSS EARNINGS: $392.00
        TOTAL HOURS WORKED:     46.00
        AVG. HOURLY RATE:       $8.52
        WAGE ADVANCE: (Less)    $450.00
        NET PAYABLE BEFORE TAXES:       ($58.00)
```

```
***************************************************
*********************************
        Morales, Ramon (Prep)   4/15/2013-4/21/2013       REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
***************************************************
*********************************
2013-04-16 03:09 PM - 09:54 PM          Hours Worked:   6.75
TIPS REPORTED:   $0.00         < Normal Time Card >
2013-04-17 03:02 PM - 10:07 PM          Hours Worked:   7.10
TIPS REPORTED:   $0.00         < Normal Time Card >
2013-04-18 02:58 PM - 10:06 PM          Hours Worked:   7.15
TIPS REPORTED:   $0.00         < Normal Time Card >
2013-04-19 12:16 PM - 09:53 PM          Hours Worked:   9.60
TIPS REPORTED:   $0.00         < Normal Time Card >
2013-04-20 12:13 PM - 10:03 PM          Hours Worked:   9.85
TIPS REPORTED:   $0.00         < Normal Time Card >
2013-04-21 04:09 PM - 10:18 PM          Hours Worked:   6.15
TIPS REPORTED:   $0.00         < Normal Time Card >
-----------------------------------------------------------
-------------------------------------
        TOTAL REGULAR HOURS:    40.00
        >>>>> REGULAR PAY:      $320.00
        TOTAL OVER TIME HOURS:  6.60
        >>>>> OVER TIME PAY:    $79.20
        TOTAL DOUBLE TIME HOURS:          0.00
        >>>>> DOUBLE TIME PAY:  $0.00
        ADDITIONAL PAY:  $0.00
        TIPS REPORTED:   $0.00
               ==========
        GROSS EARNINGS: $399.20
        TOTAL HOURS WORKED:     46.60
        AVG. HOURLY RATE:       $8.57
        WAGE ADVANCE: (Less)    $450.00
        NET PAYABLE BEFORE TAXES:        ($50.80)
```

000164

```
***********************************************************
********************************
        Morales, Ramon (Prep)    4/22/2013-4/28/2013      REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
***********************************************************
********************************
2013-04-23 03:02 PM - 10:15 PM        Hours Worked:   7.20
TIPS REPORTED:  $0.00      < Normal Time Card >
2013-04-24 03:12 PM - 10:07 PM        Hours Worked:   6.90
TIPS REPORTED:  $0.00      < Normal Time Card >
2013-04-25 01:56 PM - 10:21 PM        Hours Worked:   8.40
TIPS REPORTED:  $0.00      < Normal Time Card >
2013-04-26 11:30 AM - 09:08 PM        Hours Worked:   9.65
TIPS REPORTED:  $0.00      < Normal Time Card >
2013-04-27 12:15 PM - 09:36 PM        Hours Worked:   9.35
TIPS REPORTED:  $0.00      < Normal Time Card >
2013-04-28 04:11 PM - 09:23 PM        Hours Worked:   5.20
TIPS REPORTED:  $0.00      < Normal Time Card >
------------------------------------------------------------
------------------------------------
        TOTAL REGULAR HOURS:   41.00
        >>>>> REGULAR PAY:     $328.00
        TOTAL OVER TIME HOURS: 5.70
        >>>>> OVER TIME PAY:   $68.40
        TOTAL DOUBLE TIME HOURS:      0.00
        >>>>> DOUBLE TIME PAY: $0.00
        ADDITIONAL PAY: $0.00
        TIPS REPORTED:  $0.00
        ==========
        GROSS EARNINGS: $396.40
        TOTAL HOURS WORKED:   46.70
        AVG. HOURLY RATE:     $8.49
        WAGE ADVANCE: (Less)  $0.00
        NET PAYABLE BEFORE TAXES:     $396.40
```

000165

```
********************************************************************
********************************
        Morales, Ramon (Prep)    4/29/2013-5/5/2013         REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
********************************************************************
********************************
2013-04-30 03:12 PM - 09:51 PM          Hours Worked:   6.65
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-05-01 03:02 PM - 10:15 PM          Hours Worked:   7.20
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-05-02 02:24 PM - 10:07 PM          Hours Worked:   7.70
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-05-03 11:22 AM - 09:10 PM          Hours Worked:   9.80
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-05-04 12:30 PM - 10:04 PM          Hours Worked:   9.55
TIPS REPORTED:  $0.00          < Normal Time Card >
2013-05-05 04:17 PM - 10:02 PM          Hours Worked:   5.75
TIPS REPORTED:  $0.00          < Normal Time Card >
-------------------------------------------------------------
------------------------------------
     TOTAL REGULAR HOURS:    40.00
     >>>>> REGULAR PAY:      $320.00
     TOTAL OVER TIME HOURS:  6.65
     >>>>> OVER TIME PAY:    $79.80
     TOTAL DOUBLE TIME HOURS:        0.00
     >>>>> DOUBLE TIME PAY:  $0.00
     ADDITIONAL PAY: $0.00
     TIPS REPORTED:  $0.00
          ==========
     GROSS EARNINGS: $399.80
     TOTAL HOURS WORKED:     46.65
     AVG. HOURLY RATE:       $8.57
     WAGE ADVANCE: (Less)    $0.00
     NET PAYABLE BEFORE TAXES:       $399.80
```

000166

```
********************************************************************
*******************************************
          Morales, Ramon (Prep)   5/6/2013-5/12/2013        REGULAR
PAY: $8.00/Hour OVER TIME PAY: $12.00/Hou
Tax Account Number:
********************************************************************
*******************************************
2013-05-07 02:55 PM - 09:42 PM        Hours Worked:   6.80
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-05-08 03:10 PM - 10:07 PM        Hours Worked:   6.95
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-05-09 02:40 PM - 09:58 PM        Hours Worked:   7.30
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-05-10 11:41 AM - 09:34 PM        Hours Worked:   9.90
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-05-11 12:07 PM - 09:31 PM        Hours Worked:   9.40
TIPS REPORTED:  $0.00        < Normal Time Card >
2013-05-12 03:31 PM - 09:56 PM        Hours Worked:   6.40
TIPS REPORTED:  $0.00        < Normal Time Card >
--------------------------------------------------------------
--------------------------------------------------------------
     TOTAL REGULAR HOURS:    40.00
     >>>>> REGULAR PAY:     $320.00
     TOTAL OVER TIME HOURS:  6.75
     >>>>> OVER TIME PAY:    $81.00
     TOTAL DOUBLE TIME HOURS:        0.00
     >>>>> DOUBLE TIME PAY:  $0.00
     ADDITIONAL PAY: $0.00
     TIPS REPORTED:  $0.00
                    ==========
     GROSS EARNINGS: $401.00
     TOTAL HOURS WORKED:    46.75
     AVG. HOURLY RATE:     $8.58
     WAGE ADVANCE: (Less)  $462.00
     NET PAYABLE BEFORE TAXES:      ($61.00)
```