# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Index No.: 14-cv-4702(LDW)(ARL)
----------------------------------------x

RAMON MORALES,

                              Plaintiff,

        -against-

5 BROTHERS RESTAURANT, INC., DENNIS
D'ONOFRIO, and OLD TOWN INC.,

                              Defendants.
----------------------------------------x

        32 Broadway, Suite 601
        New York, New York 10004

        July 8, 2015
        2:00 p.m.


        EXAMINATION BEFORE TRIAL OF
RAMON MORALES, the Plaintiff herein, taken
by the Defendants, held at the
above-mentioned time and place before
ANNMARIE OAKLEY, a Notary Public of the
State of New York.

Page 2

1
2        A P P E A R A N C E S
3
   JOSEPH & KIRSCHENBAUM, LLP
4  Attorneys for Plaintiff
        32 Broadway
5       Suite 601
        New York, New York 10004
6
   BY:   LAURA REZNICK, ESQ.
7        D. MAIMON KIRSCHENBAUM
8  WICKMAN, BRESSLER & GEASA, P.C.
   Attorneys for Defendant
9       13015 Main Road
        PO Box 1424
10      Mattituck, New York 11952
11 BY:   ERIC J. BRESSLER, ESQ.
12
13 ALSO PRESENT: Debra Torres, Paralegal
                 Lillian Bond
14               Interpreter, Elite
15
16           *   *   *
17
18
19
20
21
22
23
24
25

Page 3

1
2
3
4        S T I P U L A T I O N S
5
6        IT IS HEREBY stipulated and agreed by
7  and among counsel for the respective parties
8  hereto, that the sealing and certification
9  of the within deposition shall be and the
10 same hereby waived.
11       IT IS FURTHER STIPULATED AND AGREED
12 that all objections, except to the form of
13 the question, shall be reserved to the time
14 of trial;
15       IT IS FURTHER STIPULATED AND AGREED
16 that the within deposition may be signed
17 before any Notary Public with the same force
18 and effect as if signed and sworn to before
19 the court.
20       IT IS FURTHER STIPULATED AND AGREED
21 that counsel representing the witness
22 examined herein shall be furnished with a
23 copy of the within deposition without
24 charge.
25

Page 4

1
2  LILLIAN BOND was duly sworn to accurately
3  translate from English into Spanish and from
4  Spanish into English.
5  RAMON MORALES, the Plaintiff herein, having
6  first been duly sworn by a Notary Public of
7  the State of New York, was examined and
8  testified as follows:
9  EXAMINATION BY MR. BRESSLER:
10     Q   Would you state your name for the
11 record, please.
12     A.  Ramon Morales.
13     Q   Would you state your address for
14 the record, please.
15     A   58 Piedemont Drive, Port
16 Jefferson, New York 11776.
17     Q.  Good afternoon, Mr. Morales, my
18 name is Eric Bressler. I'm the attorney for
19 the defendants in this action that you have
20 brought. I will be asking you some
21 questions this afternoon. Have you ever
22 been involved in a lawsuit before?
23     A.  No.
24     Q.  Have you ever been involved in a
25 deposition before?

Page 5

1            R. MORALES
2     A.  No.
3     Q.  Have you discussed your testimony
4  here today with anyone?
5     A.  Yes.
6     Q.  With whom did you discuss it with?
7     A.  My lawyer.
8     Q.  Anyone else?
9     A.  No.
10    Q.  Now, I'm going to be asking you a
11 series of questions.
12    A.  Okay.
13    Q.  Is there any reason why you will
14 not be able to answer my questions this
15 afternoon, that you know of?
16    A.  I don't think so.
17    Q.  Have you had any alcoholic
18 beverages to drink today prior to this
19 deposition?
20    A.  No.
21    Q.  Are you taking any drugs which
22 would affect your ability to understand any
23 of the questions put to you?
24    A.  No. No.
25    Q.  Are you suffering from any disease

2 (Pages 2 - 5)

Page 6

R. MORALES

1
2 or condition which would affect your ability
3 to understand any of my questions?
4    A.  No.
5    Q.  How many languages do you speak?
6    A.  Just one.
7    Q.  Can you understand English?
8    A.  Not much.
9    Q.  Some?
10   A.  No -- well, that's why I asked for
11 an interpreter, because I don't understand.
12   Q.  I asked: Do you understand some
13 English?
14   A.  A little bit.
15   Q.  Can you read any English?
16   A.  No.
17   Q.  None?
18   A.  Nothing.  Nothing.
19   Q.  Have you ever attended any
20 educational institution?
21   A.  No.  I came here to work only.
22   Q.  That's not my question.  Have you
23 ever gone to school?
24   A.  No.  No.
25   Q.  No where?

Page 7

R. MORALES

1
2    A.  No.  No place.  Nope.
3    Q.  Now, you stated you came here to
4 work.
5    A.  Exactly.
6    Q.  Where did you come from?
7    A.  Dominican Republic.
8    Q.  When did you come here to work
9 from the Dominican Republic?
10   A.  Approximately fourteen years.
11   Q.  Fourteen years ago?
12   A.  Yes.
13   Q.  When you first came here, and by
14 here I mean the United States, to work from
15 the Dominican Republic did you find
16 employment?
17   A.  Yes.
18   Q.  What employment did you first
19 engage in upon arriving here?
20   A.  It's in Stonybrook.  It was a
21 cafeteria.  That's where I worked.
22       MS. TORRES:  He said it was in a
23 university.
24   Q.  What was your job in the cafeteria
25 at Stonybrook?

Page 8

R. MORALES

1
2    A.  I did deliveries.
3    Q.  What was the name of the business
4 that ran the cafeteria in Stonybrook for
5 which you did deliveries?
6    A.  Edge Cafeteria.  It belongs to the
7 city or county of Stonybrook.
8       MS. TORRES:  The university.
9    Q.  What was the name?
10   A.  Edge Cafeteria.
11   Q.  How long did you work as a
12 delivery person at the cafeteria?
13   A.  Approximately four years.
14   Q.  Did there come a time that you
15 left the employment of the cafeteria?
16   A.  Yes.
17   Q.  What was the reason for you
18 leaving?
19   A.  I had an operation on my back.
20 The deliveries were very heavy.
21   Q.  Did there come a time after
22 leaving the cafeteria that you obtained
23 other employment?
24   A.  Yes.  Albar.
25   Q.  What is that?

Page 9

R. MORALES

1
2    A.  A restaurant.
3    Q.  Where was it located?
4    A.  Right there, 47, that's it.
5    Q.  47 what?
6    A.  I don't remember.
7    Q.  What town was it in?
8    A.  Port Jefferson Station, Long
9 Island.
10   Q.  What was the business of Albar?
11   A.  It's a restaurant.
12   Q.  What year did you first start
13 working at the restaurant?
14   A.  I don't remember.
15   Q.  How long were you out of work as a
16 result of your operation?
17   A.  About four years, approximately,
18 without being able to work.
19   Q.  What was your job at the
20 restaurant?
21       MS. REZNICK:  Objection as to
22 form.
23   A.  Dishwasher.
24       MS. REZNICK:  Objection as to
25 form.  Can you clarify which restaurant

3 (Pages 6 - 9)

Page 10

```
 1              R. MORALES
 2  you're talking about?
 3        MR. BRESSLER:  The witness has
 4  answered the question.
 5     Q.  How long were you a dishwasher at
 6  this Albar?
 7     A.  I don't remember.
 8     Q.  Was it more than a year?
 9     A.  Yes.
10     Q.  Was it more than two years?
11     A.  I don't know.  I don't remember.
12     Q.  Why did you leave the job as a
13  dishwasher at Albar?
14     A.  Because I wanted a better
15  position.
16     Q.  Upon leaving that dishwasher job
17  at Albar, did you obtain employment
18  elsewhere?
19     A.  Yes.  After that I found I could
20  work at Old Town Pizza.
21     Q.  What year did you find employment
22  with Old Town Pizza?
23     A.  2011.
24     Q.  Where was Old Town Pizza located?
25     A.  Port Jefferson but on a different
```

Page 11

```
 1              R. MORALES
 2  road.
 3     Q.  In what capacity were you hired at
 4  Old Town Pizza?
 5     A.  First when I started there I would
 6  wash up.  I was a dishwasher when I first
 7  started.
 8     Q.  How long were you a dishwasher at
 9  Old Town Pizza?
10     A.  Approximately six months doing
11  that, but then I passed on to the prep.
12     Q.  How long did you work in prep at
13  Old Town Pizza?
14     A.  Approximately two years.
15     Q.  When did you last work at Old Town
16  Pizza?
17     A.  I don't remember.
18     Q.  What year?
19     A.  I don't remember.  It's been about
20  a year since I left that place.
21     Q.  During the time that you worked
22  for Old Town Pizza, what location did you
23  work at?
24     A.  I did the preparation for the
25  pizza.
```

Page 12

```
 1              R. MORALES
 2     Q.  Did you always work at the
 3  pizzeria location in Port Jefferson Station?
 4     A.  Yes.
 5     Q.  When you first talked to someone
 6  at Old Town Pizza about being hired, whom
 7  did you talk to?
 8     A.  I asked somebody by the name of
 9  Mario.  I don't know his last name, but he
10  gave me a job.
11     Q.  What did Mario tell you about the
12  terms and conditions of the job?
13     A.  He said to me, "First you're going
14  to wash dishes."  That's what he said.
15     Q.  Did you have a discussion about
16  your rate of pay with Mario?
17     A.  No.
18     Q.  Did you have a discussion with
19  anyone at Old Town Pizza about your rate of
20  pay?
21     A.  There was a minimum that they had
22  to pay.  I thought it was $4.25 an hour, but
23  I started.
24        MR. BRESSLER:  What did the
25  witness say?  Would you ask him again,
```

Page 13

```
 1              R. MORALES
 2  please.
 3     A.  The minimum was $425 a week for
 4  six days.
 5     Q.  $425?
 6     A.  Yes.
 7     Q.  Who told you that?
 8     A.  Mario.  The same one that spoke to
 9  me.  Mario.
10     Q.  Did you ever speak to Dennis
11  D'Onofrio?
12     A.  That was the boss.  That was my
13  boss.
14     Q.  I didn't ask that.  I asked:  Did
15  you ever speak with him?
16     A.  Of course.  Of course, we would
17  speak.
18     Q.  When was the first time you spoke
19  to Dennis D'Onofrio?
20     A.  I don't remember.
21     Q.  Did you ever speak to Dennis about
22  your compensation?
23     A.  Yes.  He said, "Later we'll
24  increase you."
25     Q.  When did that conversation take
```

Page 14

R. MORALES

place?
A. I don't remember.
Q. Was it before or after you were hired?
A. It was after I already started working.
Q. While you worked at Old Town Pizza, was there someone who supervised you?
A. Well, just people there in the pizzeria. There was Ricardo Rodriguez and there was somebody names Amedeo.
Q. What position did those people hold?
A. They were supervisors.
Q. At the time that you started working at the pizzeria, how much were you being paid?
A. $425 for six days.
Q. Did there come a time when you received an increase in pay?
A. Yes. That was when I went over to the prep.
Q. How much did your pay go up?
A. $475.

Page 15

R. MORALES

Q. Did you receive the $425 before you went to prep, each week?
A. Yes, every six days. Yes.
Q. After you went to prep, did you receive $475 each week.
A. Yes, every six days.
Q. How many hours per day did you work while you were a dishwasher?
A. I worked from 10 to 10.
Q. How many hours did you work while you were in prep?
A. It was six days, it was 10 to 10 for the six days, 72 per week.
Q. Did you keep track of your hours in writing?
A. No.
Q. Each morning when you came to the restaurant did you check in with a person?
A. I didn't have to, the same one I worked with was the supervisor or the boss.
Q. My question was: When you arrived, did you check in with one of those bosses or supervisors?
A. Well, they would see me. They

Page 16

R. MORALES

would look at me.
Q. When you arrived at work, did you have to make an entry to a point of sale system noting your time of arrival?
A. No, because I didn't have to. There was no system.
Q. When you left, at the end of the day, did you have to checkout with any of your supervisors?
A. Yes, of course, and we would leave together.
Q. Did you have to log the time you left into any point of sale or other electronic system?
A. The supervisor would note that down.
Q. Where would the supervisor note that down?
A. On the computer.
Q. Would your supervisor make a note on the computer every time you arrived in the morning?
A. Exactly. Exactly.
Q. Did you see the supervisors making

Page 17

R. MORALES

that entry when you would arrive in the morning?
A. I don't know what he did. He had his computer.
Q. When you came to work for the restaurant, Old Town Pizza, were you given a code or number such that you could note your arrival and your departure from work into the computer or point of sale system?
A. No. When I worked there, there was no system like that. There never was when I worked there.
Q. As a result of working 72 hours as a dishwasher, how much do you claim you were entitled to per week?
   MR. KIRSCHENBAUM: Objection. It calls for a legal conclusion.
   MR. BRESSLER: I just want to know what he thinks.
   MR. KIRSCHENBAUM: I'm just objecting.
   MR. BRESSLER: He can answer if he can.
A. As a dishwasher?

5 (Pages 14 - 17)

Page 18

R. MORALES

MR. KIRSCHENBAUM: Please, translate my objection.
Q. Yes.
MR. BRESSLER: Your objection is in English.
MR. KIRSCHENBAUM: I'm asking her to translate it.
A. I don't know.
Q. You don't know?
MR. KIRSCHENBAUM: Objection asked and answered.
Q. The same question with respect to when you were in prep working the 72 hours that you worked, what is it that you claim that you were entitled to each week for that work?
MR. KIRSCHENBAUM: Objection. Calls for a legal conclusion.
Please, translate my objection.
A. I don't know that. I don't know that either.
Q. For every day that you worked at the pizzeria, did you work the exact same hours every day?

Page 19

R. MORALES

A. Yes.
Q. Did you ever have a discussion or conversation with anyone at Old Town Pizza about what your hourly rate pay was to be?
A. No.
Q. Did you ever see any writing that described what your hourly rate of pay was to be at old Town pizza?
A. No. They pay by the hour.
MR. KIRSCHENBAUM: You got your answer. And I want to clarify, there's a Spanish speaker in the room who heard that what my client testified to was, "They do not pay by the hour."
MR. BRESSLER: We don't recognize anyone other than the interpreter.
MR. KIRSCHENBAUM: I am just stating for the record.
MR. BRESSLER: Don't state for the record --
MR. KIRSCHENBAUM: If you have a problem with my objection, there's a telephone and you can call the judge.
MR. BRESSLER: No. I have no

Page 20

R. MORALES

problem.
Q. Now, did you understand at any time what the rate of pay per hour was for working at Old Town Pizza?
A. I'm going to repeat. They don't pay by the hour.
Q. Were you ever asked to sign a document that reflected how much you were going to be paid per hour?
A. No.
Q. Did you ever sign a document that reflected how much you were going to be paid per hour for working at Old Town Pizza?
A. No. No.
MR. BRESSLER: Counselor, is it okay if I use the exhibits that were marked in this mornings deposition, or would you like them remarked.
MS. REZNICK: It's fine.
MR. BRESSLER: We can use the ones that are marked.
MS. REZNICK: Yes.
MR. KIRSCHENBAUM: Before you present that to the witness, why don't we

Page 21

R. MORALES

just take a quick break.
MR. BRESSLER: We've only been at this for 30 minutes.
MR. KIRSCHENBAUM: I would like a moment with my client.
MR. BRESSLER: I don't want the witness --
MR. KIRSCHENBAUM: You don't have a choice, and we're allowed to confer with our client.
MR. BRESSLER: The purpose of this is to -- well, never mind. It's obvious what the purpose is. The witness has testified and you --
MR. KIRSCHENBAUM: Now you're testifying.
MR. BRESSLER: The witness has testified to what he's testified to.
MR. KIRSCHENBAUM: Now you would like to testify?
MR. BRESSLER: Either you're going to consult with your client or I will put the next question.
(A short break was taken.)

6 (Pages 18 - 21)

Page 22

```
 1              R. MORALES
 2       MR. BRESSLER:  Let the record
 3   reflect that we're back after counsel
 4   conferred with his client.
 5       MS. REZNICK:  Again, objection to
 6   counsel testifying.
 7       MR. BRESSLER:  Let me state for
 8   the record, we all have had difficulty here
 9   with the names of the restaurant and the
10   prior place of employment.  I'm going to ask
11   the reporter to leave a space upon the
12   completion of the transcript for those names
13   to be filled in as correctly as they can be.
14       INSERT_____
15       INSERT_____
16       Q.  Did there come a time when your
17   employment with Old Town Pizza came to an
18   end?
19       A.  Yes.
20       Q.  When did it come to an end?
21       A.  I don't remember actually but
22   about a year ago.
23       Q.  Did you leave voluntarily or was
24   your employment terminated by Old Town
25   Pizza?
```

Page 23

```
 1              R. MORALES
 2       A.  They let me go because I was ill.
 3   I was sick.
 4       Q.  Who was the person who advised you
 5   on behalf of Old Town Pizza that you were
 6   being terminated?
 7       A.  Dennis called Ricardo to let me
 8   know that I should not go back.
 9       Q.  Whom did you talk to?  Was it
10   Ricardo?
11       A.  Yes, Ricardo.
12       Q.  Did you talk to Dennis D'Onofrio
13   at that time?
14       A.  No.
15       Q.  I'm showing you a document that's
16   been marked Plaintiff's Exhibit 4, used at a
17   deposition today, 7/8/15, and ask you if you
18   recognize it.
19       A.  I recognize this.
20       Q.  That's my question, do you
21   recognize the document?
22       A.  What I recognize is, this is my
23   signature.
24       Q.  Where it says "Ramon Morales"
25   that's your signature?
```

Page 24

```
 1              R. MORALES
 2       A.  It is my signature, but I don't
 3   remember, but I signed it.  What time, what
 4   hour, I don't know what time.
 5       Q.  I'm showing --
 6       MS. REZNICK:  I'm sorry.  May I
 7   have the copy.
 8       Q.  I'm showing you Plaintiff's
 9   Exhibit 5, from the deposition this morning,
10   dated 7/8/15.  I ask you to take a look at
11   it.
12       MS. REZNICK:  Just to clarify, is
13   that the document Bates stamped number 110?
14       MR. BRESSLER:  Yes.
15       Q.  Do you recognize it?
16       A.  No.
17       Q.  Does it bear your signature?
18       A.  It has a signature, but I don't
19   know if I signed it.  I don't remember
20   having signed this particular sheet which is
21   Exhibit 5, because over here it's not the
22   right hours.  I worked from 10 to 10.
23       Q.  So is it your testimony that you
24   don't know whether Plaintiff's 5 contains
25   your signature?
```

Page 25

```
 1              R. MORALES
 2       A.  No, because I don't recall having
 3   signed this sheet because for six days I
 4   would work from 10 to 10.
 5       Q.  Does it look like your signature?
 6       A.  You know it could be, but I don't
 7   know.
 8       Q.  Do you understand that you are
 9   suing Old Town Pizza and Dennis D'Onofrio?
10       A.  Yes.
11       Q.  Do you know what Old Town Inc. is?
12       A.  That I don't know.
13       Q.  Do you know what Five Brothers
14   Restaurant Inc. is?
15       A.  No.  I don't know that either.
16       Q.  Did there ever come a time when
17   you had an opportunity to review a document
18   known as a "complaint" in this action?
19       A.  They never gave me that.
20       Q.  By a complaint I mean, the
21   statement that gets filed with the court
22   that sets forth what your claim is.
23       MR. KIRSCHENBAUM:  I'm just going
24   to clarify before this question is answered.
25   I'm going to ask the translator to translate
```

Page 26

1     R. MORALES
2 it for the client. He's not required to
3 divulge or to answer that question. Any
4 communication that his attorneys had or did
5 not have with him. He doesn't need to
6 discuss any level of communication that he
7 had with his attorneys.
8     MR. BRESSLER: Don't make
9 statements on my record. I asked a simple
10 question, did he see the complaint.
11     MR. KIRSCHENBAUM: Could you,
12 please, translate my statement.
13     (The requested portion was read
14     back by the Court Reporter.)
15     Q. So my question is: Did you see at
16 any time a document that had been filed or
17 was going to be filed with the court?
18     MR. KIRSCHENBAUM: That question
19 was already answered.
20     A. I did not see it. I did not see
21 it.
22     Q. You testified earlier that while
23 you were a dishwasher you were paid $425 a
24 week.
25     A. Yes. Yes.

Page 27

1     R. MORALES
2     Q. Was there ever a time while you
3 were a dishwasher that you were paid only
4 $400 dollars a week?
5     A. No.
6     Q. You testified before that as a
7 prep man you were paid $475 each week you
8 worked.
9     A. Yes, when I went to prep. Yes.
10     Q. Was there ever a time while you
11 were a prep man that you were paid $450 a
12 week?
13     A. No. No.
14     Q. In 2011, did you make a complaint
15 to Dennis D'Onofrio about the amount of
16 compensation you were receiving for your
17 work?
18     A. No.
19     Q. In 2012 did you make any complaint
20 to Dennis D'Onofrio about the compensation
21 you were receiving for your work?
22     A. Yes. I was earning the same when
23 I was doing prep at that time.
24     Q. In 2012, did you make a complaint
25 to Dennis D'Onofrio about the amount of

Page 28

1     R. MORALES
2 money you were being paid for your work?
3     A. Yes. Well, that's why he gave me
4 more, $475 for prep.
5     Q. Except for what you just told me
6 about, did you talk to Dennis in 2012 and
7 make a complaint about the amount of money
8 you were receiving for your work, except
9 what you just told me?
10     A. No.
11     Q. In 2013, did you ever make a
12 complaint to Dennis D'Onofrio about the
13 amount of money that you were receiving for
14 your work?
15     A. No.
16     Q. In 2014 did you ever make a
17 complaint to Dennis D'Onofrio about the
18 amount of money that you were being paid for
19 your work?
20     A. No.
21     Q. When did you first come to believe
22 that you weren't paid enough for your work?
23     MR. KIRSCHENBAUM: Objection.
24     A. I don't remember.
25     Q. Do you remember what year it was?

Page 29

1     R. MORALES
2     A. No, I don't remember.
3     Q. Do you remember any of the
4 circumstances surrounding your determination
5 for the first time that you had not been
6 paid sufficiently for your work?
7     A. I don't remember. I thought
8 everything was all right. I don't remember.
9     Q. Did you maintain any books and
10 records or other writing with respect to
11 your employment at Old Town Pizza?
12     A. No. No.
13     Q. Did you ever receive any paperwork
14 from Old Town Pizza with respect to
15 compensation that you received from them?
16     A. No.
17     Q. During the time that you say you
18 worked for Old Town Pizza, did you file
19 federal income tax returns?
20     MR. KIRSCHENBAUM: Objection. I'm
21 going to instruct my client not to answer
22 the question.
23     MR. BRESSLER: The basis?
24     MR. KIRSCHENBAUM: That
25 information is presumed non-discoverable

8 (Pages 26 - 29)

Page 30

1       R. MORALES
2  under case law.
3       MR. BRESSLER: Well, we'll get a
4  ruling from the magistrate and bring him
5  back if we have to.
6       MR. KIRSCHENBAUM: You don't have
7  to bring him back. Call the magistrate
8  right now.
9       MR. BRESSLER: I'm not calling the
10 magistrate, and we'll see if we need to
11 bring the client back.
12      MR. KIRSCHENBAUM: You're going to
13 lose your opportunity because you're free to
14 call the magistrate right now.
15      MR. BRESSLER: I'm not going to
16 call the magistrate in the middle of my
17 examination.
18      MR. KIRSCHENBAUM: At your own
19 peril.
20      MR. BRESSLER: Not at my peril.
21   Q. Did you keep any records with
22 respect to the hours that you work at Old
23 Town Pizza?
24      MR. KIRSCHENBAUM: Objection.
25 Asked and answered.

Page 31

1       R. MORALES
2   A. No. No, but I do know that I
3  worked from 10 to 10.
4   Q. Did you work everyday 10 to 10
5  while you were employed there, without fail?
6   A. Yes. Yes, everyday.
7   Q. Did you ever miss a day of work
8  during the term of your employment at Old
9  Town Pizza?
10  A. Yeah, maybe one or one day or so,
11 maybe one, some days, maybe.
12  Q. During all the time that you
13 worked at Old Town Pizza, did you ever show
14 up later than 10 in the morning?
15  A. No. Never.
16  Q. During all the time that you
17 worked at Old Town Pizza, did you ever leave
18 prior to 10 o'clock at night?
19  A. No. No, my hours were 10 to 10.
20      MR. BRESSLER: I have no more
21 questions.
22      MS. REZNICK: Can we take a five
23 minute break, please.
24      (A short break was taken.)
25 CROSS EXAMINATION BY MS. REZNICK:

Page 32

1       R. MORALES
2   Q. Just two subject areas that need
3  to be broken down, but just to clarify from
4  before, when you said you never went to
5  school did you mean that you never went to
6  any school anywhere?
7       MR. BRESSLER: I object to the
8  form of the question.
9   A. In Santo Domingo I did. Yes, I
10 went up to the seventh grade.
11  Q. Was there ever any day you worked
12 at Old Town that you came in a time other
13 than 10 a.m.?
14  A. Well, one day I went to the
15 doctor, and I got there later, and I put
16 somebody in my place, in my corner there to
17 cover me, to cover for me.
18      MS. REZNICK: That's all I have.
19      MR. BRESSLER: No more questions.
20
21      RAMON MORALES
22 Subscribed and sworn to before me
23 this _____ day of _____, 2015.
24 _____
25      NOTARY PUBLIC

Page 33

1
2          I N D E X
3       DIRECT      CROSS
4  Mr. Bressler    4
5  Ms. Reznick              31
6
7
8         I N S E R T I O N S
9  DESCRIPTION      PAGE      LINE
10 Names of previous    22        14
   employers
11
12
13
14       MARKED FOR A RULING
15       PAGE      LINE
16        29        17
17
18    *    *    *
19
20
21
22
23
24
25

9 (Pages 30 - 33)

Veritext Legal Solutions
212-267-6868        www.veritext.com        516-608-2400

Page 34

```
 1
 2          CERTIFICATE
 3
 4      I, ANNMARIE OAKLEY, a Shorthand
 5  Reporter and Notary Public within and for
 6  the State of New York, do hereby certify:
 7      THAT RAMON MORALES, the witness
 8  whose deposition is hereinbefore set forth,
 9  was duly sworn by me, and that such
10  deposition is a true record of the testimony
11  given by such witness.
12      I further certify that I am not
13  related to any of the parties to this action
14  by blood or by marriage and that I am in no
15  way interested in the outcome of this
16  matter.
17      IN WITNESS THEREOF, I have
18  hereunto set my hand this 21st day of July,
19  2015.
20
21       [signature]
22       _____
             ANNMARIE OAKLEY
23
24
25
```

Page 35

```
 1
 2       ERRATA SHEET
 3  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
 4  NAME OF CASE:    RAMON MORALES VS. 5
    BROTHERS RESTAURANT, INC., DENNIS D'ONOFRIO,
 5  AND OLD TOWN INC.
    DATE OF DEPOSITION: JULY 8, 2015
 6  NAME OF DEPONENT:  RAMON MORALES
 7
 8  PAGE LINE(S)    CHANGE      REASON
 9  ___|_____|_____|_____
10  ___|_____|_____|_____
11  ___|_____|_____|_____
12  ___|_____|_____|_____
13  ___|_____|_____|_____
14  ___|_____|_____|_____
15  ___|_____|_____|_____
16  ___|_____|_____|_____
17  ___|_____|_____|_____
18  ___|_____|_____|_____
19  ___|_____|_____|_____
20
21       _____
             RAMON MORALES
22
    SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS _____ DAY OF _____,
    2015.
24  _____
25  NOTARY PUBLIC
```

[& - complaint]  Page 1

**&**
& 2:3,8

**1**
10 15:10,10,13,13 24:22,22 25:4,4 31:3,3,4,4,14,18,19 31:19 32:13
10004 1:13 2:5
110 24:13
11776 4:16
11952 2:10
13015 2:9
14 1:3 33:10
1424 2:9
17 33:16

**2**
2011 10:23 27:14
2012 27:19,24 28:6
2013 28:11
2014 28:16
2015 1:15 32:23 34:19 35:5,23
21st 34:18
22 33:10
29 33:16
2:00 1:16

**3**
30 21:4
31 33:5
32 1:12 2:4

**4**
4 23:16 33:4
4.25 12:22
400 27:4
425 13:3,5 14:19 15:2 26:23
450 27:11
47 9:4,5
4702 1:3
475 14:25 15:6 27:7 28:4

**5**
5 1:8 24:9,21,24 35:4
58 4:15

**6**
601 1:12 2:5

**7**
7/8/15 23:17 24:10
72 15:14 17:14 18:14

**8**
8 1:15 35:5

**a**
a.m. 32:13
ability 5:22 6:2
able 5:14 9:18
accurately 4:2
action 4:19 25:18 34:13
address 4:13
advised 23:4
affect 5:22 6:2
afternoon 4:17,21 5:15
ago 7:11 22:22
agreed 3:6,11,15,20
albar 8:24 9:10 10:6 10:13,17
alcoholic 5:17
allowed 21:10
amedeo 14:12
amount 27:15,25 28:7,13,18
annmarie 1:22 34:4 34:22
answer 5:14 17:23 19:12 26:3 29:21
answered 10:4 18:12 25:24 26:19 30:25
approximately 7:10 8:13 9:17 11:10,14

areas 32:2
arl 1:3
arrival 16:5 17:9
arrive 17:2
arrived 15:23 16:3 16:22
arriving 7:19
asked 6:10,12 12:8 13:14 18:11 20:8 26:9 30:25
asking 4:20 5:10 18:7
attended 6:19
attorney 4:18
attorneys 2:4,8 26:4 26:7

**b**
back 8:19 22:3 23:8 26:14 30:5,7,11
basis 29:23
bates 24:13
bear 24:17
behalf 23:5
believe 28:21
belongs 8:6
better 10:14
beverages 5:18
bit 6:14
blood 34:14
bond 2:13 4:2
books 29:9
boss 13:12,13 15:21
bosses 15:24
box 2:9
break 21:2,25 31:23 31:24
bressler 2:8,11 4:9 4:18 10:3 12:24 17:19,23 18:5 19:16 19:20,25 20:16,21 21:3,7,12,18,22 22:2,7 24:14 26:8 29:23 30:3,9,15,20 31:20 32:7,19 33:4

bring 30:4,7,11
broadway 1:12 2:4
broken 32:3
brothers 1:8 25:13 35:4
brought 4:20
business 8:3 9:10

**c**
c 2:2 34:2,2
cafeteria 7:21,24 8:4 8:6,10,12,15,22
call 19:24 30:7,14 30:16
called 23:7
calling 30:9
calls 17:18 18:19
capacity 11:3
case 30:2 35:4
certification 3:8
certify 34:6,12
change 35:8
charge 3:24
check 15:19,23
checkout 16:9
choice 21:10
circumstances 29:4
city 8:7
claim 17:15 18:15 25:22
clarify 9:25 19:12 24:12 25:24 32:3
client 19:14 21:6,11 21:23 22:4 26:2 29:21 30:11
code 17:8
come 7:6,8 8:14,21 14:20 22:16,20 25:16 28:21
communication 26:4,6
compensation 13:22 27:16,20 29:15
complaint 25:18,20 26:10 27:14,19,24

28:7,12,17
completion  22:12
computer  16:20,22
  17:5,10
conclusion  17:18
  18:19
condition  6:2
conditions  12:12
confer  21:10
conferred  22:4
consult  21:23
contains  24:24
conversation  13:25
  19:4
copy  3:23 24:7
corner  32:16
correctly  22:13
counsel  3:7,21 22:3
  22:6
counselor  20:16
county  8:7
course  13:16,16
  16:11
court  1:2 3:19 25:21
  26:14,17 35:3
cover  32:17,17
cross  31:25 33:3
cv  1:3

d

d  2:7 33:2
d'onofrio  1:8 13:11
  13:19 23:12 25:9
  27:15,20,25 28:12
  28:17 35:4
date  35:5
dated  24:10
day  15:8 16:9 18:23
  18:25 31:7,10 32:11
  32:14,23 34:18
  35:23
days  13:4 14:19
  15:4,7,13,14 25:3
  31:11

debra  2:13
defendant  2:8
defendants  1:10,20
  4:19
deliveries  8:2,5,20
delivery  8:12
dennis  1:8 13:10,19
  13:21 23:7,12 25:9
  27:15,20,25 28:6,12
  28:17 35:4
departure  17:9
deponent  35:6
deposition  3:9,16,23
  4:25 5:19 20:18
  23:17 24:9 34:8,10
  35:5
described  19:8
description  33:9
determination  29:4
different  10:25
difficulty  22:8
direct  33:3
discoverable  29:25
discuss  5:6 26:6
discussed  5:3
discussion  12:15,18
  19:3
disease  5:25
dishes  12:14
dishwasher  9:23
  10:5,13,16 11:6,8
  15:9 17:15,25 26:23
  27:3
district  1:2,2 35:3,3
divulge  26:3
doctor  32:15
document  20:9,12
  23:15,21 24:13
  25:17 26:16
doing  11:10 27:23
dollars  27:4
domingo  32:9
dominican  7:7,9,15
drink  5:18

drive  4:15
drugs  5:21
duly  4:2,6 34:9

e

e  2:2,2 33:2,8 34:2,2
earlier  26:22
earning  27:22
eastern  1:2 35:3
edge  8:6,10
educational  6:20
effect  3:18
either  18:22 21:22
  25:15
electronic  16:15
elite  2:14
employed  31:5
employers  33:10
employment  7:16,18
  8:15,23 10:17,21
  22:10,17,24 29:11
  31:8
engage  7:19
english  4:3,4 6:7,13
  6:15 18:6
entitled  17:16 18:16
entry  16:4 17:2
eric  2:11 4:18
errata  35:2
esq  2:6,11
everyday  31:4,6
exact  18:24
exactly  7:5 16:24,24
examination  1:18
  4:9 30:17 31:25
examined  3:22 4:7
exhibit  23:16 24:9
  24:21
exhibits  20:17

f

f  34:2
fail  31:5
federal  29:19
file  29:18

filed  25:21 26:16,17
filled  22:13
find  7:15 10:21
fine  20:20
first  4:6 7:13,18
  9:12 11:5,6 12:5,13
  13:18 28:21 29:5
five  25:13 31:22
follows  4:8
force  3:17
form  3:12 9:22,25
  32:8
forth  25:22 34:8
found  10:19
four  8:13 9:17
fourteen  7:10,11
free  30:13
furnished  3:22
further  3:11,15,20
  34:12

g

geasa  2:8
given  17:7 34:11
go  14:24 23:2,8
going  5:10 12:13
  20:6,10,13 21:22
  22:10 25:23,25
  26:17 29:21 30:12
  30:15
good  4:17
grade  32:10

h

hand  34:18
heard  19:13
heavy  8:20
held  1:20
hereinbefore  34:8
hereto  3:8
hereunto  34:18
hired  11:3 12:6 14:5
hold  14:14
hour  12:22 19:10,15
  20:4,7,10,14 24:4

[hourly - passed]                                                                                       Page 3

| | | | |
|---|---|---|---|
| hourly 19:5,8 | **l** | mentioned 1:21 | noting 16:5 |
| hours 15:8,11,15 | l 3:4 | middle 30:16 | number 17:8 24:13 |
|   17:14 18:14,25 | languages 6:5 | mind 21:13 | **o** |
|   24:22 30:22 31:19 | laura 2:6 | minimum 12:21 | o 3:4 33:8 |
| **i** | law 30:2 |   13:3 | o'clock 31:18 |
| income 29:19 | lawsuit 4:22 | minute 31:23 | oakley 1:22 34:4,22 |
| increase 13:24 | lawyer 5:7 | minutes 21:4 | object 32:7 |
|   14:21 | ldw 1:3 | moment 21:6 | objecting 17:22 |
| index 1:3 | leave 10:12 16:11 | money 28:2,7,13,18 | objection 9:21,24 |
| information 29:25 |   22:11,23 31:17 | months 11:10 |   17:17 18:3,5,11,18 |
| insert 22:14,15 | leaving 8:18,22 | morales 1:4,19 4:5 |   18:20 19:23 22:5 |
| institution 6:20 |   10:16 |   4:12,17 5:1 6:1 7:1 |   28:23 29:20 30:24 |
| instruct 29:21 | left 8:15 11:20 16:8 |   8:1 9:1 10:1 11:1 | objections 3:12 |
| interested 34:15 |   16:14 |   12:1 13:1 14:1 15:1 | obtain 10:17 |
| interpreter 2:14 | legal 17:18 18:19 |   16:1 17:1 18:1 19:1 | obtained 8:22 |
|   6:11 19:17 | level 26:6 |   20:1 21:1 22:1 23:1 | obvious 21:13 |
| involved 4:22,24 | lillian 2:13 4:2 |   23:24 24:1 25:1 | okay 5:12 20:17 |
| island 9:9 | line 33:9,15 35:8 |   26:1 27:1 28:1 29:1 | old 1:8 10:20,22,24 |
| **j** | little 6:14 |   30:1 31:1 32:1,21 |   11:4,9,13,15,22 |
| j 2:11 | llp 2:3 |   34:7 35:4,6,21 |   12:6,19 14:8 17:7 |
| jefferson 4:16 9:8 | located 9:3 10:24 | morning 15:18 |   19:4,9 20:5,14 |
|   10:25 12:3 | location 11:22 12:3 |   16:23 17:3 24:9 |   22:17,24 23:5 25:9 |
| job 7:24 9:19 10:12 | log 16:13 |   31:14 |   25:11 29:11,14,18 |
|   10:16 12:10,12 | long 8:11 9:8,15 | mornings 20:18 |   30:22 31:8,13,17 |
| joseph 2:3 |   10:5 11:8,12 | **n** |   32:12 35:5 |
| judge 19:24 | look 16:2 24:10 25:5 | n 2:2 3:4 33:2,8,8 | ones 20:21 |
| july 1:15 34:18 35:5 | lose 30:13 | name 4:10,18 8:3,9 | operation 8:19 9:16 |
| **k** | **m** |   12:8,9 35:4,6 | opportunity 25:17 |
| keep 15:15 30:21 | magistrate 30:4,7 | names 14:12 22:9,12 |   30:13 |
| kirschenbaum 2:3,7 |   30:10,14,16 |   33:10 | outcome 34:15 |
|   17:17,21 18:2,7,11 | maimon 2:7 | need 26:5 30:10 | **p** |
|   18:18 19:11,18,22 | main 2:9 |   32:2 | p 2:2,2 3:4 |
|   20:24 21:5,9,16,20 | maintain 29:9 | never 17:12 21:13 | p.c. 2:8 |
|   25:23 26:11,18 | making 16:25 |   25:19 31:15 32:4,5 | p.m. 1:16 |
|   28:23 29:20,24 30:6 | man 27:7,11 | new 1:2,13,13,23 | page 33:9,15 35:8 |
|   30:12,18,24 | mario 12:9,11,16 |   2:5,5,10 4:7,16 34:6 | paid 14:18 20:10,13 |
| know 5:15 10:11 |   13:8,9 |   35:3 |   26:23 27:3,7,11 |
|   12:9 17:4,19 18:9 | marked 20:17,22 | night 31:18 |   28:2,18,22 29:6 |
|   18:10,21,21 23:8 |   23:16 33:14 | non 29:25 | paperwork 29:13 |
|   24:4,19,24 25:6,7 | marriage 34:14 | nope 7:2 | paralegal 2:13 |
|   25:11,12,13,15 31:2 | matter 34:16 | notary 1:22 3:17 4:6 | particular 24:20 |
| known 25:18 | mattituck 2:10 |   32:25 34:5 35:25 | parties 3:7 34:13 |
| | mean 7:14 25:20 | note 16:16,18,21 | passed 11:11 |
| |   32:5 |   17:8 | |

pay  12:16,20,22
  14:21,24 19:5,8,10
  19:15 20:4,7
people  14:10,13
peril  30:19,20
person  8:12 15:19
  23:4
piedemont  4:15
pizza  10:20,22,24
  11:4,9,13,16,22,25
  12:6,19 14:9 17:7
  19:4,9 20:5,14
  22:17,25 23:5 25:9
  29:11,14,18 30:23
  31:9,13,17
pizzeria  12:3 14:11
  14:17 18:24
place  1:21 7:2 11:20
  14:2 22:10 32:16
plaintiff  1:5,19 2:4
  4:5
plaintiff's  23:16
  24:8,24
please  4:11,14 13:2
  18:2,20 26:12 31:23
po  2:9
point  16:4,14 17:10
port  4:15 9:8 10:25
  12:3
portion  26:13
position  10:15 14:13
prep  11:11,12 14:23
  15:3,5,12 18:14
  27:7,9,11,23 28:4
preparation  11:24
present  2:13 20:25
presumed  29:25
previous  33:10
prior  5:18 22:10
  31:18
problem  19:23 20:2
public  1:22 3:17 4:6
  32:25 34:5 35:25
purpose  21:12,14

put  5:23 21:23
  32:15

q

question  3:13 6:22
  10:4 15:22 18:13
  21:24 23:20 25:24
  26:3,10,15,18 29:22
  32:8
questions  4:21 5:11
  5:14,23 6:3 31:21
  32:19
quick  21:2

r

r  2:2 5:1 6:1 7:1 8:1
  9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1
  17:1 18:1 19:1 20:1
  21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1
  33:8 34:2
ramon  1:4,19 4:5,12
  23:24 32:21 34:7
  35:4,6,21
ran  8:4
rate  12:16,19 19:5,8
  20:4
read  6:15 26:13
reason  5:13 8:17
  35:8
recall  25:2
receive  15:2,6 29:13
received  14:21
  29:15
receiving  27:16,21
  28:8,13
recognize  19:16
  23:18,19,21,22
  24:15
record  4:11,14
  19:19,21 22:2,8
  26:9 34:10
records  29:10 30:21

reflect  22:3
reflected  20:9,13
related  34:13
remarked  20:19
remember  9:6,14
  10:7,11 11:17,19
  13:20 14:3 22:21
  24:3,19 28:24,25
  29:2,3,7,8
repeat  20:6
reporter  22:11
  26:14 34:5
representing  3:21
republic  7:7,9,15
requested  26:13
required  26:2
reserved  3:13
respect  18:13 29:10
  29:14 30:22
respective  3:7
restaurant  1:8 9:2
  9:11,13,20,25 15:19
  17:7 22:9 25:14
  35:4
result  9:16 17:14
returns  29:19
review  25:17
reznick  2:6 9:21,24
  20:20,23 22:5 24:6
  24:12 31:22,25
  32:18 33:5
ricardo  14:11 23:7
  23:10,11
right  9:4 24:22 29:8
  30:8,14
road  2:9 11:2
rodriguez  14:11
room  19:13
ruling  30:4 33:14

s

s  2:2 3:4,4 33:8,8
  35:8
sale  16:4,14 17:10

santo  32:9
says  23:24
school  6:23 32:5,6
sealing  3:8
see  15:25 16:25 19:7
  26:10,15,20,20
  30:10
series  5:11
set  34:8,18
sets  25:22
seventh  32:10
sheet  24:20 25:3
  35:2
short  21:25 31:24
shorthand  34:4
show  31:13
showing  23:15 24:5
  24:8
sick  23:3
sign  20:8,12
signature  23:23,25
  24:2,17,18,25 25:5
  34:21
signed  3:16,18 24:3
  24:19,20 25:3
simple  26:9
six  11:10 13:4 14:19
  15:4,7,13,14 25:3
somebody  12:8
  14:12 32:16
sorry  24:6
space  22:11
spanish  4:3,4 19:13
speak  6:5 13:10,15
  13:17,21
speaker  19:13
spoke  13:8,18
stamped  24:13
start  9:12
started  11:5,7 12:23
  14:6,16
state  1:23 4:7,10,13
  19:20 22:7 34:6
stated  7:3

| | | | |
|---|---|---|---|
| statement  25:21 26:12 | terms  12:12 | united  1:2 7:14 35:3 | x |
| statements  26:9 | testified  4:8 19:14 21:15,19,19 26:22 27:6 | university  7:23 8:8 | x  1:3,11 33:2 |
| states  1:2 7:14 35:3 | | use  20:17,21 | y |
| stating  19:19 | testify  21:21 | v | yeah  31:10 |
| station  9:8 12:3 | testifying  21:17 22:6 | voluntarily  22:23 | year  9:12 10:8,21 11:18,20 22:22 28:25 |
| stipulated  3:6,11,15 3:20 | testimony  5:3 24:23 34:10 | vs  35:4 | |
| stonybrook  7:20,25 8:4,7 | thereof  34:17 | w | years  7:10,11 8:13 9:17 10:10 11:14 |
| | think  5:16 | waived  3:10 | |
| subject  32:2 | thinks  17:20 | want  17:19 19:12 21:7 | york  1:2,13,13,23 2:5,5,10 4:7,16 34:6 35:3 |
| subscribed  32:22 35:22 | thought  12:22 29:7 | wanted  10:14 | |
| suffering  5:25 | time  1:21 3:13 8:14 8:21 11:21 13:18 14:16,20 16:5,13,22 20:4 22:16 23:13 24:3,4 25:16 26:16 27:2,10,23 29:5,17 31:12,16 32:12 | wash  11:6 12:14 | |
| sufficiently  29:6 | | way  34:15 | |
| suing  25:9 | | we've  21:3 | |
| suite  1:12 2:5 | | week  13:3 15:3,6,14 17:16 18:16 26:24 27:4,7,12 | |
| supervised  14:9 | | | |
| supervisor  15:21 16:16,18,21 | | went  14:22 15:3,5 27:9 32:4,5,10,14 | |
| | today  5:4,18 23:17 | wickman  2:8 | |
| supervisors  14:15 15:24 16:10,25 | told  13:7 28:5,9 | witness  3:21 10:3 12:25 20:25 21:8,14 21:18 34:7,11,17 | |
| | torres  2:13 7:22 8:8 | | |
| surrounding  29:4 | town  1:8 9:7 10:20 10:22,24 11:4,9,13 11:15,22 12:6,19 14:8 17:7 19:4,9 20:5,14 22:17,24 23:5 25:9,11 29:11 29:14,18 30:23 31:9 31:13,17 32:12 35:5 | work  6:21 7:4,8,14 8:11 9:15,18 10:20 11:12,15,23 12:2 15:9,11 16:3 17:6,9 18:17,24 25:4 27:17 27:21 28:2,8,14,19 28:22 29:6 30:22 31:4,7 | |
| sworn  3:18 4:2,6 32:22 34:9 35:22 | | | |
| system  16:5,7,15 17:10,12 | | | |
| t | | | |
| t  3:4,4 33:8 34:2,2 | | | |
| take  13:25 21:2 24:10 31:22 | track  15:15 | | |
| | transcript  22:12 | worked  7:21 11:21 14:8 15:10,21 17:11 17:13 18:15,23 24:22 27:8 29:18 31:3,13,17 32:11 | |
| taken  1:19 21:25 31:24 | translate  4:3 18:3,8 18:20 25:25 26:12 | | |
| talk  12:7 23:9,12 28:6 | translator  25:25 | | |
| | trial  1:18 3:14 | | |
| talked  12:5 | true  34:10 | working  9:13 14:7 14:17 17:14 18:14 20:5,14 | |
| talking  10:2 | two  10:10 11:14 32:2 | | |
| tax  29:19 | | | |
| telephone  19:24 | u | | |
| tell  12:11 | u  3:4 | writing  15:16 19:7 29:10 | |
| term  31:8 | understand  5:22 6:3 6:7,11,12 20:3 25:8 | | |
| terminated  22:24 23:6 | | | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.