UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON MORALES,<br><br>        Plaintiff,<br><br>   v.<br><br>5 BROTHERS RESTAURANT, INC., OLD TOWN INC., and DENNIS D'ONOFRIO.<br><br><br>        Defendants. | 14 Civ. 4702 (LDW)(AYS) |

# DECLARATION OF JOSEF NUSSBAUM

I, Josef Nussbaum, under penalty of perjury affirm as follows:

1. My name is Josef Nussbaum, and I am an associate with Joseph & Kirschenbaum LLP, Plaintiffs' counsel in the above-captioned matter. I am familiar with the facts and circumstances set forth herein.

2. Attached hereto as "Exhibit A" is true and correct copy of an official translation of Plaintiff Ramon Morales's Declaration filed in support of his opposition to Defendants' Partial Motion for Summary Judgment.

3. Attached hereto as "Exhibit B" is a true and correct copy of the July 8, 2015 deposition in this action of Ramon Morales.

4. Attached hereto as "Exhibit C" is a true and correct copy of excerpts from the July 8, 2015 deposition in this action of Dennis Donofrio.

Dated: February 12, 2016
       New York, NY

                                                                                                   s/ Josef Nussbaum/
                                                                                    Josef Nussbaum