# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

October 26, 2017

**VIA ECF AND REGULAR MAIL**

Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

  Re: *Morales v. 5 Brothers Restaurant, Inc., et al.*, **14 Civ. 04702 (LDW)(AYS)**

Dear Judge Wexler,

  We represent Plaintiff in the above-captioned matter. We write, on behalf of all Parties, to respectfully inform Your Honor that the Parties have a reach a resolution in principal and are in the process of finalizing the terms of the settlement. Accordingly, we respectfully request a stay of the trial which is set to commence on Monday, October 30, 2017.

  We thank the Court for considering this matter.

            */s/ Josef Nussbaum*
            Josef Nussbaum

cc: All counsel of record (via ECF)