# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

January 5, 2018

**VIA ECF AND REGULAR MAIL**

Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

   Re: *Morales v. 5 Brothers Restaurant, Inc., et al.*, **14 Civ. 04702 (LDW)(AYS)**

Dear Judge Wexler,

  We represent Plaintiff in the above-captioned matter. In accordance with the Court's Order dated December 21, 2017, on behalf of all Parties, we write to respectfully submit the fully executed settlement agreement in this matter (attached hereto as "Exhibit 1").

  In addition, given the severe weather we are experiencing in the New York City and Long Island area, Plaintiff's counsel respectfully request that we be permitted to appear via teleconference for the January 8, 2018 conference.

  We thank the Court for considering this matter.

               */s/ Josef Nussbaum*
               Josef Nussbaum

cc: All counsel of record (via ECF)