# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

January 16, 2018

**VIA ECF AND REGULAR MAIL**

Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

    Re:    *Morales v. 5 Brothers Restaurant, Inc., et al.*, **14 Civ. 04702 (LDW)(AYS)**

Dear Judge Wexler,

    We represent Plaintiff in the above-captioned matter.  In accordance with the Court's instructions, we write to provide the Court with a revised copy of the Parties' settlement agreement and release which is attached hereto as "Exhibit 1."  This agreement was revised to account for the concerns espoused by the Court at the January 8, 2018 Conference.  In addition, attached hereto as "Exhibit 2" is a copy a list of the reasonable expenses that Plaintiff's counsel incurred in litigating this case to settlement.  Finally, we respectfully note that the Parties' fully executed stipulation of dismissal of this lawsuit was included as an exhibit attached to our correspondence with the Court which can be found at docket number 47.

    We thank the Court for considering this matter.

    Respectfully submitted,

    */s/ Josef Nussbaum*
    Josef Nussbaum

cc: All counsel of record (via ECF)