# EXHIBIT 2

| Date | Vendor | Cost | Description of expense |
|---|---|---|---|
| 7/30/2014 | | $250.00 | Client travel reinbursement |
| 8/7/2014 | EDNY | $400.00 | Filing of complaint |
| 8/27/2014 | Serving by Irving | $177.50 | Service of Summons & Complaint |
| 11/19/2014 | USPS | $5.05 | Mailed discovery requests |
| 5/11/2015 | LIRR | $18.25 | Paralegal travel reinbursement |
| 7/6/2015 | LIRR | $36.50 | Paraegal travel reinbursement |
| 7/21/2015 | Veritext | $748.05 | Depositions |
| 7/27/2015 | Veritext | $300.00 | Translator for deposition of Plaintiff |
| 7/30/2015 | Serving by Irving | $250.75 | Subpoena |
| 10/27/2015 | Fedex | $33.78 | Mailed letters to court |
| 2/3/2016 | Fedex | $26.75 | Mailed declaration to Plaintiff for signing |
| 2/4/2016 | USPS | $6.45 | Copy of Defendants' production mailed to client |
| 2/12/2016 | USPS | $6.45 | Mailed motion papers to Defendants |
| 2/15/2016 | Veritext | $75.00 | Translation of Plaintiff's declaration |
| | **Totals:** | **$2,334.53** | |